UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HONG KONG LUTE TECHNOLOGY CO., LTD. D/B/A MOMCOZY,<br><br>Plaintiff,<br><br>v.<br><br>THE ERGO BABY CARRIER, INC.,<br><br>Defendant. | No.<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Hong Kong Lute Technology Co., Ltd. d/b/a/ Momcozy ("Plaintiff" or "Momcozy") respectfully files this Complaint seeking a declaratory judgment against Defendant The Ergo Baby Carrier, Inc., ("Defendant" or "Ergo Baby"), and alleges, upon information and belief, as follows:

**NATURE OF THE CASE**

1. This action arises under the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq*., and the United States Patent Act, 35 U.S.C. § 1, *et seq*. Momcozy seeks a declaratory judgment that United States Patent No. 10,426,275 ("the '275 Patent") (Exhibit A) is not infringed by Momcozy.



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

## PARTIES

2. Momcozy is organized under the laws of the People's Republic of China and has a place of business at Room 02, 21/F, Hip Kwan Commercial Building, 38 Pitt Street, Yau Ma Tei, Kowloon, Hong Kong.

3. Defendant Ergo Baby is, upon information and belief, a corporation organized and existing under the laws of the State of California and maintains a place of business at 19700 S. Vermont Ave., Suite 250, Torrance, CA 90502.

## JURISDICTION AND VENUE

4. This action arises under the Patent Laws of the United States, 35 U.S.C. § 1, *et. seq.* and the Declaratory Judgment Act, 28 U.S.C. § 2201. This Court has subject matter jurisdiction over the federal law claims in action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over the Defendant in this action at least because Defendant commenced and continues to maintain enforcement proceedings regarding the '275 Patent in this judicial district. *See, e.g.*, *Campbell Pet Co. v. Miale*, 542 F.3d 879, 884-86 (Fed. Cir. 2008) (specific personal jurisdiction satisfied by patentee's "extra-judicial patent enforcement" efforts in forum state). Specifically, Defendant sent a complaint of infringement of the '275 Patent to Amazon.com, Inc. ("Amazon") that has a place of business at 410 Terry Ave. N, Seattle, WA 98109. Each claim presented herein arises out of Defendant's actions directed at this forum, which gives rise to sufficient minimum contacts under Washington's Long-Arm statute. RCW 4.28.185.

6. This Court also has personal jurisdiction over Defendant because Defendant expressly "agree[d] to the jurisdiction and venue of the federal and state courts located in King County, Seattle, Washington" when it submitted its complaint to Amazon in this judicial district pursuant to the Amazon Patent Evaluation Express ("APEX") procedures. Exhibit B, Amazon Patent Evaluation Express Agreement at p. 1 (¶5).



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

7. For the same reasons, venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because the events giving rise to this action took place within this District.

## BACKGROUND

8. Momcozy is a top-selling mother and baby brand in North America, selling a variety of products including pumping bras, wearable breast pumps, and baby carriers. *See* https://momcozy.com/pages/our-story. Momcozy has sold products to over 3,000,000 customers. *See id.*

9. As particularly relevant to this dispute, Momcozy markets and sells the Ergonomic, Cozy and Lightweight Baby Carrier "Baby Carrier." Momcozy's "Baby Carrier" is available for sale through its own website as well as on Amazon.




Screengrab of Momcozy website. *See* https://momcozy.com/products/ergonomic-cozy-and-lightweight-baby-carrier-newborn-to-toddler?variant=43060852195526 (retrieved October 2, 2024).

10. The Ergonomic, Cozy and Lightweight Baby Carrier is a "3-in-1 Baby Carrier perfect for experiencing hands-free convenience in everyday use, outing or travel." *See* https://momcozy.com/products/ergonomic-cozy-and-lightweight-baby-carrier-newborn-to-toddler?variant=43060852195526 (retrieved October 2, 2024). The Baby Carrier has



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

"Ergonomic Waist EVA Support" which "offers crucial lumbar support but also minimizes strain on your back." *Id.* Momcozy's Baby Carrier is available in several fabrics and patterns. *Id.*

11. On or about September 20, 2024, Amazon sent notice to Momcozy ("the APEX Notice") of Defendant's complaint made pursuant to the APEX Program. *See* Exhibit C, September 20, 2024 e-mail from Amazon.com, Neutral Patent Evaluation Team. The APEX Notice accused several products listed on Amazon's marketplace of infringing at least one claim of the '275 Patent, including products having the following Amazon Standard Identification Numbers ("ASINs"): B0CPYD5C7H; B0CDQ2KVJD; B0CLGG2PV2; B0CLGCN5ZS; B0CDQ1ZLJ9; B0CLGCLYYF; B0CLGC1MTX; B0CPYFGFPS; and B0CDQ1XH6W.

12. The APEX Notice further indicated that "[i]f you do not either resolve your claim with the patent owner directly, or agree to participate in the neutral evaluation process, we will remove the listings at the end of this email from Amazon.com." *Id.* A copy of the Amazon Patent Evaluation Express Procedure included with the APEX Notice is attached at Exhibit D.

13. The APEX also provides that the filing of a declaratory judgment action for non-infringement will allow Momcozy to continue to sell its products as follows: "[I]f you file a lawsuit against the patent owner for declaratory judgment of non-infringement of the asserted patent, please provide us with a copy of the relevant complaint within the next three weeks, and you may continue selling the items listed at the end of the email which the lawsuit proceeds." Exhibit C.

14. The APEX Notice to Momcozy included a document entitled "Amazon Patent Evaluation Express Agreement" ("APEX Agreement"), which has been executed by Defendant. Exhibit B, Amazon Patent Evaluation Express Agreement. The APEX Agreement identifies claim 1 ("Asserted Claim") as the claim number for evaluation for the



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

’275 Patent. *Id.* at 2. The APEX Agreement identifies two additional allegedly infringing products having the ASIN numbers B0D97KQR1Z and B0D97H4W9Q. *Id.* at 2. The Momcozy Baby Carriers having the ASINs identified in the APEX Agreement are referred to herein as the “Accused Products.”

15. The Accused Products having the ASINs identified in the APEX Agreement have the following fabrics and/or patterns:

| ASIN Number | Fabric/Pattern |
|---|---|
| B0CDQ2KVJD | Cotton/Black |
| B0CLGG2PV2 | Air Mesh/Pink |
| B0D97KQR1Z | Polyester/Black |
| B0CLGCN5ZS | Cotton/Khaki |
| B0D97H4W9Q | Cotton/Houndstooth |
| B0CDQ1ZLJ9 | Cotton/Grey |
| B0CLGCLYYF | Air Mesh/Blue |
| B0CLGC1MTX | Cotton/Starry Night |
| B0CPYFGFPS | Air Mesh/Grey |
| B0CDQ1XH6W | Cotton/Leopard |
| B0CPYD5C7H | Air Mesh/Black |

16. Amazon requires a response to the APEX complaint within three weeks (on about October 11, 2024), or the Accused Products will be removed from the Amazon website. Exhibit C. If Momcozy responds to the APEX complaint, an evaluator appointed by Amazon will review Ergo Baby’s infringement allegations against Momcozy, and make a determination as to whether or not Momcozy’s Accused Products infringe the ’275 Patent. *Id.*

17. Ergo Baby has interfered with Momcozy’s sales by accusing Momcozy of infringing the ’275 Patent. And have the continued potential to result in a loss of sales for Momcozy.

**THE PATENT IN SUIT**

18. The face of the ’275 Patent indicates that it was filed on October 28, 2016, as U.S. Patent Application No. 15/337,813, and issued on October 1, 2019. Exhibit A, ’275



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

Patent at cover page 1. The ’275 Patent claims priority to U.S. Provisional Patent Application No. 62/248,745, filed October 30, 2015. *Id.*

19. The ’275 Patent identifies one inventor on its face, Rodney V. Telford, and is assigned on its face to The Ergo Baby Carrier, Inc., Los Angeles, CA. *Id.*

20. The ’275 Patent purports to be directed to “An adjustable child carrier includes an adjustable bucket seat that can be adjusted to accommodate children of a wide range of sizes. The child carrier includes one or more adjustments that work alone or in cooperation to adjust the depth and width of the bucket seat area provided by the child carrier. The carrier is capable of supporting children of various sizes in an ergonomic position appropriate for the child’s size.” Exhibit A, ’275 Patent at Abstract.

21. The ’275 Patent recites twenty (20) claims, of which claims 1 and 18 are independent. Claim 1 (the Accused Claim) purports to be directed to “[a] child carrier” and is reproduced below:

> 1. A child carrier comprising:
>
> a waist belt adapted for securing about a wearer’s hips;
>
> a main body coupled to the waist belt, the main body adapted to form a child carrying area in cooperation with a wearer’s torso, the main body comprising:
>
> a torso support portion configured for supporting at least of the torso of a child; and
>
> an adjustable bucket seat configurable in a plurality of bucket seat configurations, each of the plurality of bucket seat configurations having a different a) bucket seat depth and b) bucket seat width and adapted to support a child in a corresponding size range in a spread squat position, the adjustable bucket seat comprising:
>
> a seat center portion coupled to the waist belt and torso support portion;
>
> thigh supports disposed on either side of the seat center portion the thigh supports adapted to pass under and support a child’s thighs and cooperate with the seat center portion to form the bucket seat; and;



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

> a base width adjuster coupled to each thigh support wherein the base width adjusters are configured for selective coupling to the waist belt at multiple locations to adjust a width of the main body at the waist belt.

**COUNT I: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE ’275 PATENT**

22. Plaintiff incorporates and re-alleges the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

23. Defendant purports to be the owner of the ’275 Patent with all right, title, and interest thereto.

24. In its APEX request to Amazon, Defendant asserted that Momcozy’s Accused Products infringe claim 1 of the ’275 Patent. *See* Exhibit B at 2.

25. Momcozy’s Accused Products do not meet, either literally or under the doctrine of equivalents, every element of the Asserted Claim of the ’275 Patent.

26. In particular, Momcozy’s Accused Products do not meet at least the following limitation recited in the Asserted Claim: “an adjustable bucket seat configurable in a plurality of bucket seat configurations, each of the plurality of bucket seat configurations having a different a) bucket seat depth and b) bucket seat width.”

27. Accordingly, Momcozy has not and does not infringe the Asserted Claim of the ’275 Patent.

28. An actual and justiciable controversy therefore exists between Momcozy and Defendant regarding whether Momcozy has infringed the Asserted Claim of the ’275 Patent.

29. A judicial declaration is necessary to determine the parties’ respective rights with respect to the ’275 Patent.

30. Momcozy is entitled to a judgment declaring that it has not infringed and does not infringe at least the Asserted Claim of the ’275 Patent.



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment on the Complaint as follows:

A. A judgment that the Asserted Claim of the ’275 Patent is not infringed by Plaintiff or Plaintiff’s Accused Products;

B. An order requiring Defendant to withdraw or retract its improper request to Amazon that will result in the de-listing of Plaintiff’s Accused Products;

C. A declaration that this case is exceptional under 35 U.S.C. § 285 and a concomitant award of Plaintiff’s reasonable attorney’s fees, costs, and any expenses incurred by Plaintiff in this action;

D. An order awarding Plaintiff its costs in filing and prosecuting this action; and

E. Any other relief this Court deems just and proper under the circumstances.

DATED: October 10, 2024.

**ARETE LAW GROUP PLLC**

By: _/s/ Jeremy E. Roller_
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

**LEYDIG, VOIT & MAYER, LTD.**

Steven H. Sklar (*pro hac vice* application to be filed)
Pei Raymond Chen, Ph.D. (*pro hac vice* application to be filed)
Keelin D. Bielski (*pro hac vice* application to be filed)
Two Prudential Plaza
180 North Stetson Avenue, Suite 4900
Chicago, IL 60601
Telephone: (312) 616-5600
ssklar@leydig.com
rchen@leydig.com
kbielski@leydig.com

*Attorneys for Hong Kong Lute Technology Co., Ltd. d/b/a Momcozy*

# EXHIBIT A

US010426275B2

(12) **United States Patent**
**Telford**

(10) **Patent No.: US 10,426,275 B2**
(45) **Date of Patent: Oct. 1, 2019**

(54) **ADJUSTABLE CHILD CARRIER**

(71) Applicant: **The ERGO Baby Carrier, Inc.**, Los Angeles, CA (US)

(72) Inventor: **Rodney V. Telford**, Kula, HI (US)

(73) Assignee: **The Ergo Baby Carrier, Inc.**, Los Angeles, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/337,813**

(22) Filed: **Oct. 28, 2016**

(65) **Prior Publication Data**

US 2017/0119173 A1 May 4, 2017

**Related U.S. Application Data**

(60) Provisional application No. 62/248,745, filed on Oct. 30, 2015.

(51) **Int. Cl.**
*A47D 13/00* (2006.01)
*A47D 13/02* (2006.01)

(52) **U.S. Cl.**
CPC .................................. *A47D 13/025* (2013.01)

(58) **Field of Classification Search**
CPC .................................................... A47D 13/025
USPC ........................................................ 224/160
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

268,932 A 12/1882 Poirier
576,292 A 2/1897 Vanderburgh
982,376 A 1/1911 MacFarlane
2,212,746 A 8/1940 Nelson
2,599,474 A 6/1952 Mills
2,994,300 A 8/1961 Grahling
3,097,773 A 7/1963 Cunningham
3,229,873 A 1/1966 Hershman
3,275,373 A 9/1966 Card
3,327,914 A 6/1967 Abram
3,481,517 A 12/1969 Aukerman
3,780,919 A 12/1973 Hansson
3,840,162 A 10/1974 Horenstein et al.
3,964,654 A 6/1976 Wittenberger
4,009,808 A 3/1977 Sharp
D247,199 S 2/1978 Carter
4,139,131 A 2/1979 Hathaway

(Continued)

FOREIGN PATENT DOCUMENTS

CA 1332928 11/1994
CA 2 240 015 1/2000

(Continued)

OTHER PUBLICATIONS

Office Action for U.S. Appl. No. 15/177,114, dated May 31, 2017, 12 pgs.

(Continued)

*Primary Examiner* — Peter N Helvey
(74) *Attorney, Agent, or Firm* — Sprinkle IP Law Group

(57) **ABSTRACT**

An adjustable child carrier includes an adjustable bucket seat that can be adjusted to accommodate children of a wide range of sizes. The child carrier includes one or more adjustments that work alone or in cooperation to adjust the depth and width of the bucket seat area provided by the child carrier. The carrier is capable of supporting children of various sizes in an ergonomic position appropriate for the child's size.

**20 Claims, 9 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

4,149,687 A 4/1979 Nunemacher
D253,558 S 12/1979 Carter
4,234,229 A 11/1980 Arnold
4,273,215 A 6/1981 Leggett
4,318,502 A 3/1982 Lowe et al.
4,324,430 A 4/1982 Dimas, Jr.
4,333,591 A 6/1982 Case
D266,800 S 11/1982 Kula et al.
4,361,259 A 11/1982 Chanter
4,402,440 A 9/1983 Purtzer et al.
4,434,920 A 3/1984 Moore
4,467,945 A 8/1984 Schaapveld
4,469,259 A 9/1984 Krich et al.
4,479,595 A 10/1984 Opsal
D276,478 S 11/1984 Fallon
4,480,775 A 11/1984 Stanford
4,492,326 A 1/1985 Storm
D277,811 S 3/1985 Moore
4,550,800 A 11/1985 Dietrich
4,579,264 A 4/1986 Napolitano
4,651,366 A 3/1987 Lande et al.
4,666,017 A 5/1987 Zimmerman
4,724,988 A 2/1988 Tucker
4,746,044 A 5/1988 Arvizu
4,765,279 A 8/1988 Klickstein
4,800,629 A 1/1989 Ikeda
4,867,464 A 9/1989 Cook
4,946,119 A 8/1990 Hellhake
4,986,458 A 1/1991 Linday
5,071,047 A 12/1991 Cordisco
5,076,598 A 12/1991 Nauman
D324,607 S 3/1992 Nelson
5,114,059 A 5/1992 Thatcher
D334,253 S 3/1993 Balzarini
5,205,450 A 4/1993 DeRosier
5,205,451 A 4/1993 Manzer
5,224,637 A 7/1993 Colombo
5,240,159 A 8/1993 Gregory
5,246,152 A 9/1993 Dotseth
5,284,279 A 2/1994 Sason et al.
5,325,818 A 7/1994 Leach
D357,800 S 5/1995 Roan et al.
5,490,620 A 2/1996 Bergqvist
D370,996 S 6/1996 Shimura et al.
5,522,528 A 6/1996 Petricola
5,564,612 A 10/1996 Gregory
5,570,823 A 11/1996 Lindy
D377,116 S 1/1997 Shimura et al.
D385,105 S 10/1997 Fair
5,673,828 A 10/1997 Raedel et al.
5,678,739 A 10/1997 Darling et al.
5,690,258 A 11/1997 Kataoka et al.
5,692,655 A 12/1997 Fair et al.
5,699,555 A 12/1997 Schunter
5,725,139 A 3/1998 Smith
D395,161 S 6/1998 Fair et al.
5,791,535 A 8/1998 Roan et al.
D397,867 S 9/1998 Fair et al.
5,799,851 A 9/1998 Wulf et al.
5,813,580 A 9/1998 Fair
5,819,341 A 10/1998 Simantob et al.
5,848,576 A 12/1998 Colaianni
5,848,741 A 12/1998 Fair
5,927,235 A 7/1999 Olaiz
5,934,528 A 8/1999 Higuchi
D414,032 S 9/1999 Howell
5,988,742 A 11/1999 Stevens
6,055,686 A 5/2000 Knight
6,125,792 A 10/2000 Gee
6,155,579 A 12/2000 Eyman et al.
6,164,509 A 12/2000 Gausling et al.
6,179,175 B1 1/2001 Painter
D437,996 S 2/2001 Fair et al.
6,182,873 B1 2/2001 Christopher et al.
6,257,468 B1 7/2001 Yamazoe et al.
D453,066 S 1/2002 Norman
D455,546 S 4/2002 Norman
6,364,186 B1 4/2002 Gilmour et al.
6,409,060 B2 6/2002 Donine
6,415,969 B1 7/2002 Higuchi
6,443,339 B1 9/2002 Higuchi
6,499,165 B1 12/2002 Morgillo
6,520,391 B2 2/2003 Yen
6,609,642 B2 8/2003 Heinz et al.
D484,685 S 1/2004 Kassai et al.
6,681,973 B2 1/2004 Crumrine
D486,635 S 2/2004 Yagisawa et al.
6,715,651 B2 4/2004 Le Gal
6,722,543 B1 4/2004 Fitzgerald et al.
6,763,983 B2 7/2004 Norman
6,772,925 B2 8/2004 O'hare
D507,869 S 8/2005 Liistro et al.
D509,056 S 9/2005 Shiraishi et al.
7,073,866 B1 7/2006 Berdahl
7,168,600 B2 1/2007 Hwang
7,204,462 B2 4/2007 Lembo
7,204,468 B2 4/2007 Kintzele
7,255,620 B1 8/2007 Shepherd
7,322,498 B2 1/2008 Frost
7,494,031 B2 2/2009 Kassai et al.
D590,568 S 4/2009 Crutchfield
D597,788 S 8/2009 Ellis
7,766,199 B1 8/2010 Caperon
7,878,587 B1 2/2011 Leach
7,886,946 B2 2/2011 Gray
8,028,871 B2 10/2011 Gray
8,042,869 B2 10/2011 McClintock et al.
8,127,385 B1 3/2012 Goutevenier
8,172,116 B1 5/2012 Lehan et al.
8,272,546 B2 9/2012 Leistensnider
8,408,435 B2 4/2013 Refsum
8,453,894 B2 6/2013 Jung et al.
8,579,168 B2 11/2013 Zack et al.
8,590,757 B2 11/2013 Frost
8,636,181 B2 1/2014 Gunter et al.
8,701,949 B1 4/2014 Lehan et al.
9,022,260 B2 5/2015 Frost
9,179,758 B2 11/2015 Calilung et al.
9,185,993 B2 11/2015 Telford et al.
9,357,852 B2 6/2016 Salazar et al.
9,380,887 B2 7/2016 Frost
9,380,888 B2 7/2016 Telford et al.
9,439,515 B2 9/2016 Kim
9,713,391 B2 7/2017 Telford et al.
1,015,935 A1 2/2018 Telford
9,955,797 B2 5/2018 Telford et al.
10,172,478 B2 1/2019 Telford
2002/0011503 A1 1/2002 Hwang
2002/0175194 A1 11/2002 Norman
2003/0106916 A1 6/2003 Boone
2004/0149790 A1 8/2004 Kassai et al.
2004/0155078 A1 8/2004 Hwang
2004/0238579 A1 12/2004 Krogh
2005/0045674 A1 3/2005 Rehbein
2005/0067549 A1 3/2005 Kintzele et al.
2005/0242136 A1 4/2005 Moriguchi et al.
2005/0155995 A1 7/2005 Lee
2005/0184114 A1 8/2005 Hoff et al.
2005/0279785 A1 12/2005 Liistro et al.
2006/0011678 A1 1/2006 Kassai et al.
2006/0076373 A1 4/2006 Labelle et al.
2006/0130220 A1 6/2006 Morgan et al.
2006/0261104 A1 11/2006 Zambrzycki
2007/0029356 A1 2/2007 Moriguchi et al.
2007/0057003 A1 3/2007 Keyes
2008/0047987 A1 2/2008 Price
2010/0025441 A1 2/2010 Blaney
2010/0072236 A1 3/2010 Parness et al.
2010/0147910 A1 6/2010 Schachtner
2010/0308088 A1 12/2010 Lindblom
2011/0062195 A1* 3/2011 Jones .................. A47D 13/025
224/161
2011/0101051 A1 5/2011 Parness

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2011/0163136 | A1* | 7/2011 | Billingham | A47D 13/025 224/160 |
| 2011/0290831 | A1* | 12/2011 | Wang | A47D 13/025 224/160 |
| 2012/0037284 | A1 | 2/2012 | Korbonski | |
| 2012/0043359 | A1* | 2/2012 | Bergkvist | A47D 13/025 224/160 |
| 2012/0205406 | A1 | 8/2012 | Schachtner | |
| 2012/0241487 | A1 | 9/2012 | Zack et al. | |
| 2012/0298702 | A1 | 11/2012 | Jung | |
| 2014/0167462 | A1 | 6/2014 | Lai et al. | |
| 2014/0284361 | A1 | 9/2014 | Wang | |
| 2015/0069097 | A1 | 3/2015 | Lindblom | |
| 2015/0272342 | A1 | 10/2015 | Schaarschmidt | |
| 2015/0374139 | A1 | 12/2015 | Salazar et al. | |
| 2016/0150893 | A1 | 6/2016 | Salazar et al. | |
| 2016/0270555 | A1 | 9/2016 | Telford et al. | |
| 2016/0278537 | A1 | 9/2016 | Frost | |
| 2016/0296034 | A1 | 10/2016 | Telford | |
| 2017/0251829 | A1 | 9/2017 | Telford et al. | |
| 2018/0116426 | A1 | 5/2018 | Telford et al. | |
| 2018/0192788 | A1 | 7/2018 | Telford | |
| 2019/0090657 | A1 | 3/2019 | Telford | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 29519530 | U1 | 4/1996 |
| DE | 22912951 | U1 | 1/2000 |
| DE | 20116046 | | 1/2002 |
| DE | 20 2010 011 906 | U1 | 12/2010 |
| DE | 202012104318 | | 11/2012 |
| DE | 2020142010061 | U1 | 6/2014 |
| EP | 0046672 | | 3/1982 |
| EP | 0437365 | A1 | 7/1991 |
| EP | 0662292 | | 7/1995 |
| EP | 0 995 380 | | 10/1998 |
| EP | 1055382 | | 11/2000 |
| EP | 1707082 | | 10/2006 |
| EP | 1765123 | | 6/2011 |
| EP | 2810587 | A1 | 12/2014 |
| ES | 251704 | | 10/1980 |
| FR | 1 545 820 | | 9/1967 |
| FR | 2 524 288 | | 10/1983 |
| FR | 2 794 010 | | 5/1999 |
| FR | 2 794 010 | | 1/2000 |
| FR | 2806279 | | 9/2001 |
| FR | 2823655 | A1 | 10/2002 |
| FR | 2 851 436 | | 8/2004 |
| GB | 2026848 | A | 8/1978 |
| GB | 2028633 | | 3/1980 |
| GB | 2314026 | | 12/1987 |
| GB | 2 260 687 | | 10/1991 |
| GB | 2260687 | | 4/1993 |
| JP | 53-155443 | | 12/1978 |
| JP | 54-108131 | | 7/1979 |
| JP | 63-187956 | | 12/1988 |
| JP | 1-72158 | | 5/1989 |
| JP | 09-099842 | | 10/1995 |
| JP | 09-173185 | | 8/1997 |
| JP | 10-313929 | | 2/1998 |
| JP | 11-46938 | | 2/1999 |
| JP | 11046938 | | 2/1999 |
| JP | U3073766 | | 9/2000 |
| JP | P2001-104115 | | 4/2001 |
| JP | 2003-225119 | | 8/2003 |
| JP | 2005-131146 | | 10/2003 |
| JP | 2005-185426 | | 12/2003 |
| JP | 2004-000687 | | 1/2004 |
| JP | 2004-154468 | | 6/2004 |
| JP | 2005-312826 | | 11/2005 |
| JP | 2013-118900 | | 12/2011 |
| JP | 2012-187352 | | 10/2012 |
| KR | 2000508690000 | | 10/1986 |
| KR | 1020020008534 | | 1/2002 |
| KR | 2003126950000 | | 4/2003 |
| KR | 2003158200000 | | 6/2003 |
| KR | 2003182590000 | | 6/2003 |
| KR | 2003201940000 | | 7/2003 |
| KR | 2003337880000 | | 11/2003 |
| KR | 10-2004-0064749 | | 7/2004 |
| KR | 20-2010-0010120 | | 10/2010 |
| KR | 20-2011-0005263 | | 5/2011 |
| KR | 200459659 | Y1 | 4/2012 |
| WO | WO 95/05952 | A1 | 3/1995 |
| WO | WO 2001089978 | | 11/2001 |
| WO | WO 2010/123447 | | 10/2010 |
| WO | WO 2011071441 | | 6/2011 |
| WO | WO 2012079787 | | 6/2012 |
| WO | WO 2014033134 | A1 | 3/2014 |
| WO | WO 2015/053696 | A1 | 4/2015 |

OTHER PUBLICATIONS

Office Action for U.S. Appl. No. 15/602,744, dated Aug. 8, 2017, 42 pgs.

European Search Report for European Application No. 14773586.4, dated Oct. 16, 2016, 9 pgs.

International Search Report and Written Opinion for International Patent Application No. PCT/US2016/059534, dated Jan. 3, 2017, 8 pgs.

Office Action Issued for Chinese Patent Application No. 201480023993.2, dated Jan. 11, 2017, 20 pages.

Holewijn, Michael, "Physiological Strain Due to Load Carrying." European Journal of Applied Physiology and Occupational Physiology, Feb. 1990, 10 pages.

BabyTrekker Instruction Manual, Pettersen Infant Products, Canada, 1998, 16 pages.

BabyTrekker Instruction Manual, Pettersen Infant Products, Canada, 16 pages.

Casses, R., "Infant Carriers and Spinal Stress," <<http://continuum-concept.org/reading/spinalstress.html>>, Jun. 16, 2002, 3 pages.

Jones, S., "Guide to Baby Products," Consumer Reports, Completely Revised Seventh Edition, 2001, 21 pages.

<<http://www.kelty.com/Kelty/index.cfm?fuseaction=Kids.ShowProduct&type=carrier&ID=12>>, Aug. 5, 2002, 1 page.

"Kwik Sew," Pattern 1046, Kwik Sew Pattern Co., Inc., Minneapolis, MN, 8 pages.

Declaration of Judy Pettersen regarding BabyTrekker, May 26, 2011, 18 pgs.

"The Baby Trekker Product Info," <<http://www.babytrekker.com/product.htm>>, Jun. 10, 2012, 1 page.

"The Baby Trekker Testimonials," <<http://www.babytrekker.com/testimonials.htm>>, Dec. 21, 2001, 4 pages.

"The Baby Trekker Testimonials," <<http://www.babytrekker.com/testimonials.htm>>, Sep. 16, 2002, 4 pages.

"Baby/Toddler Sling," <<http://www3.telus.net/public/a6a83106/Sling/sling.html>>, Nov. 19, 2003, 5 pages.

"First Journey Advantages," <<http://www.first-journey.com/advantage1pics/advantages1.html>>, Dec. 14, 2002, 1 page.

"First Journey Advantages," <<http://www.first-journey.com/advantage2pics/advantages2.html>>, Dec. 14, 2002, 1 page.

"First Journey Instructions," <<http://www.first-journey.com/instructions/instructions>>, Dec. 14, 2002, 1 page.

"First Journey Photos & Quotes," <<http://www.first-journey.com/photosandquotes/photos>>, Dec. 14, 2002, 2 page.

First Journey Brochure, <<www.first-journey.com>>, 2002, 2 pages.

<<http://koti.welho.com/skoivune/sakara/english/about/index.html>>, Apr. 30, 2003, 2 pages.

<<http://koti.welho.com/skoivune/sakara/english/index.html>>, Jun. 24, 2003, 2 pages.

<<http://koti.welho.com/skoivune/sakara/english/guide/index.html>>, Jun. 28, 2003, 1 page.

<<http://koti.welho.com/skoivune/sakara/english/guide/ohje2.html>>, May 1, 2003, 1 page.

<<http://koti.welho.com/skoivune/sakara/english/guide/ohje3.html>>, May 1, 2003, 1 page.

(56) **References Cited**

OTHER PUBLICATIONS

<<http://koti.welho.com/skoivune/sakara/ohje/ohje4.html>>, May 2, 2003, 1 page.
<<http://koti.welho.com/skoivune/sakara/ohje/ohje6.html>>, May 29, 2003, 1 page.
<<http://koti.welho.com/skoivune/sakara/ohje/ohje7.html>>,May 9, 2003, 1 page.
<<http://koti.welho.com/skoivune/sakara/english/order/index.html>>, Apr. 30, 2003, 1 page.
<<http://koti.welho.com/skoivune/sakara/index2.html>>, Jun. 20, 2003, 2 pages.
<<http://koti.welho.com/skoivune/sakara/sakarat/index.html>>, Apr. 30, 2003, 2 pages.
Weego Soft Baby Carrier, Instructions for Use, Weego Babytragesäcke, Berlin, DE, 4 pages.
<<http://www.weego.com/coinf.html>>, Aug. 6, 2002, 2 pages.
<<http://www.weego.com/product.html>>, Dec. 11, 2001, 1 page.
<<http://www.weego.com/fabric.html>>, Nov. 2, 2001, 2 pages.
<<http://www.weego.com/preem.html>>, Aug. 6, 2002, 2 pages.
<<http://www.weego.com/acatalog/ool.html>>, Jun. 5, 2002, 3 pages.
<<http://www.weego.de/024.htm>>, Aug. 12, 2003, 1 page.
<<http://www.weego.de/english/024.htm>>, Apr. 23, 2004, 1 page.
<<http://www.weego.de/english/ortho.htm>>, Jun. 1, 2004, 1 page.
<<http://www.weego.de/english/design.htm>>, Mar. 24, 2004, 1 page.
<<http://www.weego.de/english/interaktiv.htm>>, Jul. 3, 2004, 1 page.
<<http://www.weego.de/english/trageposition.htm>>, Apr. 23, 2004, 1 page.
"6 in One Rider," Infantino, LLC, San Diego, California, 2002, 1 page.
Assorted Photos, U.S. Appl. No. 60/501,396, filed Sep. 10, 2003, 3 pages.
Wormleighton, A., "Baby Gifts: To Sew, Applique, Crochet and Knit," Copyrioht Marshall Cavendish Limited, 1998, 13 pages.
"Baby Pack Baby Carrier," <<http://www.beginnings.org/shop/buikrugdragers_babypack.htm>>, Feb. 4, 2002, 1 page.
"Baby Trekker Instruction Sheet," 2 pages.
Constance, S., "Backpacking the Baby" Sydney Morning Herald, Dec. 1, 1998, 3 pages.
File History for U.S. Appl. No. 14/685,235, filed Apr. 13, 2015, 460 pages.
"Chinese Baby Carrier," <<http://portebebe.free.fr>>, Jun. 2002, 7 pages.
Coff, H., "Cut Scheduling for Optimum Fabric Utilization in Apparel Production," Georgia Institute of Technology, Nov. 1976, 141 pages.
"Baby Matey, Soft Baby Carriers," Copyright Kidpower Unlimited Inc., 4 pages.
"Theodore Bean Infants & Toddlers Carriers & Accessories," Theodore Bean Adventure Company Inc., 2000, 16 pages.
"Clinical Practice Guideline: Early Detection of Developmental Dysplasia of the Hip," American Academy of Pediatrics vol. 105, No. 4, Apr. 2000, 10 pages.
File History for European Patent Application No. 04783725.7, filed Sep. 10, 2004, 693 pages.
"First Journey Visite Guidée," Pettersen Infant Products, www.first-journey.com, 2004, 2 pages.
"First Journey Tour Guide," Pettersen Infant Products, www.first-journey,com, 2002, 2 pages.
"Graco Soft Carrier Owner's Manual, Model 5070 Series," Graco Children's Products, Inc., 1999, 7 pages.
Jones et al., "Guide to Baby Products," Consumer Reports Books, Fourth Edition, Dec. 1995, 10 pages.
Harman et al., "The Effects of Backpack Weight on the Biomechanics of Load Carriage," Military Division, U.S. Army Research Institute of Environmental Medicine, May 3, 2000, 72 pages.
"In & Out Carrier Instructions," Hauck Fun for Kids, 2003, 3 pages.
"In & Out Carrier Instructions," Hauck Fun for Kids, Aug. 2003, 3 pages.
"Wearing Your Baby," <<http://wearingyourbaby.co.nz/history>>, 2014, 11 pages.
Longe, J., "How Products are Made: An Illustrated Guide to Product Manufacturing," 2001, vol. 6, 8 pages.
"GVP Gear G4," <<http://www.gvpgear.com/g4.asp>>, Jun. 2, 2002, 3 pages.
"Backpack Tips," <<http://backpacking.net/gearpack-tips.html>>, Jun. 2, 2002, 6 pages.
"Make Your Own G4 Pack," <<http://www.gvpgear.com/make_your_own.asp>, Jun. 2, 2002, 17 pages.
King, F.H, "Farmers of Forty Centuries," Copyright 2002 Blackmask Online, www.blackmask.com, 118 pages.
"Worauf Eltern beim Kauf von Tragehilfen fuer Sauglinge achten sollten"—Things parents shopping for infant carriers should look out for, <<http://www.continuum-concept.de/liedkir.htm>>, Jul. 19, 2001, 4 pages.
"Lifter Baby Carrier," <<http://www.beginnings.org/shop/buikheuprugdragers_lifter.htm>>, Jun. 19, 2002, 2 pages.
"Ultralight Pack," <<http://www.backpacking.net/makegear/gvp-pack/>>, Mar. 1, 2003, 29 pages.
Martin, J. and Hooper, R., "Military Load Carriage: A Novel Method of Interface Pressure Analysis," RTO HFM Specialists' Meeting on "Soldier Mobility: Innovations in Load Carriage System Design and Evaluation;" Jun. 27-29, 2000, 9 pages.
"Miguel Inspired Originals," <<http://miguelinspired.com/about.html>>, Oct. 30, 2005, 2 pages.
"Miguel Inspired Originals," <<http://miguelinspired.com/gpage2.html>>, Oct. 30, 2005, 5 pages.
"Miguel Inspired Originals," <<http://miguelinspired.com/gpage.html>>, Oct. 30, 2005, 2 pages.
"Miguel Inspired Originals," <<http://miguelinspired.com/gpage3.html>>, Oct. 30, 2005, 1 page.
"The Australian Women's Weekly," vol. 37, No. 8, Jul. 23, 1969, 80 pages.
"For Shane Gould Innes—Motherhood is a Mind," The Australian Women's Weekly, <<National library of Australia—http://nla.gov.au/nla-news-page5623013>>, Oct. 11, 1978, 1 page.
" . . . Blowing Experience," The Australian Women's Weekly, <<National library of Australia—http://nla.gov.au/nla-news-page5623014>>, Oct. 11, 1978, 1 page.
Cessnock. Eagle and South Mattland Recorder, vol. 32, No. 4162, Jun. 22, 1944, <<National library of Australia—http://nla.gov.au/nla-news-page10625124>>, 1 page.
File History for U.S. Appl. No. 10/937,193, filed Sep. 9, 2004, 135 pages.
"Porte-bébé chinois," <<http://portebebe.free.fr/>>, Jun. 5, 2002, 6 pages.
U.S. Appl. No. 60/501,396, filed Sep. 10, 2003, 9 pages.
"Device for Worn Baby," Patent Translate Description of Russian Application No. RU12646, 3 pages.
Santa Cruz Sentinel, <<https://www.newspapers.com/image/71319712>>, Jul. 26, 1987, 1 page.
Krantz. L. and Ludman-Exley, S., "The Best of Everything for Your Baby," Copyright 2000 by Prentice Hall, Inc., 18 pages.
"Home Watch," The Sydney Morning Herald, <<https://www.newspapers.com/image/123957115>>, Jan. 10, 1993, 1 page.
Chancellor, N., "It's a Shoulder Style," The Sydney Morning Herald, <<https://www.newspapers.com/image/123869066>>, Jun. 24, 1947, 1 page.
Constance, M., "Backpacking the Baby," The Sydney Morning Herald, <<https://www.newspapers.com/image/120542968>>, Dec. 1, 1988, 1 page.
Gebrauchsanweisung User's Manual), Weego Baby Carrier, 4 pages.
"Why Choose the Wilkinet?," <<http://www.wilkinet.co.uk/WhyChoose.asp>>, Apr. 17, 2003, 2 pages.
Wilkinet—FAQ, <<http://www.wilkinet.co.uk/FAQs.asp>>, Feb. 17, 2003, 3 pages.
Wilkinet—History of the Wilkinet Baby Carrier, <<http://www.wilkinet.co.uk/History.asp>>, Feb. 17, 2003, 3 pages.
Wilkinet—Reviews and Testimonials, <<http://www.wilkinet.co.uk/ReviewsParents.asp>>, Feb. 18, 2003, 2 pages.
Wilkinet—Reviews and Testimonials, <<http://www.wilkinet.co.uk/ReviewsPress.asp>>, Feb. 18, 2003, 2 pages.

(56) **References Cited**

OTHER PUBLICATIONS


Wilkinet—Product Views, <<http://www.wilkinet.co.uk/BabyCarriers.asp>>, Feb. 17, 2003, 2 pages.

Wilkinet—Instructional Videos, <<http://www.wilkinet.co.uk/Videos.asp>>, Feb. 18, 2003, 2 pages.

Appendix A: Baby Matey Non-Patent Literature as Cited on the Face of U.S. Pat. No. 4,986,458 ("Baby Matey Literature") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 21 pgs.

Appendix BB: Consumer Reports Guide to Baby Products by Sandy Jones, published in 2001 ("Guide to Baby Products") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 11 pgs.

Appendix AAA: Japanese Pub. No. S54-108131 ("The '131 Patent") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 11 pgs.

Appendix B: Baby Matey System Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 22 pgs.

Appendix BB: U.S. Pat. No. 3,780,919 ("Hansson") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 4 pgs.

Appendix BBB: UK Patent App. No. GB 2026848 ("David") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 5 pgs.

Appendix C: Canadian Patent No. 1332928 ("Pettersen") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 18 pgs.

Appendix CC: "Physiological Strain Due to Load Carrying" by Michael Holewijn, published in European Journal of Applied Physiology and Occupational Physiology, Feb. 1990 ("Holewijn") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 12 pgs.

Appendix CCC: DIY Baby Sling System Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 11 pgs.

Appendix D: babyTrekker Instruction Manual copyright date stamped 1998 ("1998 babyTrekker Manual") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 19 pgs.

Appendix DD: Kelty Kangaroo Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 7 pgs.

Appendix DDD: Kozy System Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 16 pgs.

Appendix E: babyTrekker Instruction Manual ("babyTrekker Manual") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 21 pgs.

Appendix EE: Kirkiliones Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 9 pgs.

Appendix EEE: Packababy System Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 17 pgs.

Appendix F: babyTrekker System Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 16 pgs.

Appendix FF: "Physicological, Biomechanical and Medical Aspects of Soldier Load Carriage" by Joseph Knapik, Presented in Jun. 2000 ("Knapik") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 11 pgs.

Appendix FFF: Sakara System Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 17 pgs.

Appendix G: First Journey System Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 21 pgs.

Appendix GG: U.S. Pat. No. 4,434,920 ("Moore") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 6 pgs.

Appendix GGG: Sutemi System Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 12 pgs.

Appendix H: French Patent Pub. No. 2795010 ("Ducruet") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 8 pgs.

Appendix HH: "A Static Biomechanical Load Carriage Model" by R.P. Pelot et al., Presented in Jun. 2000 ("Pelot") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 13 pgs.

Appendix HHH: Casses Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 5 pgs.

Appendix I: U.S. Pat. No. 4,986,458 ("Linday") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 16 pgs.

Appendix II: Pony Ride Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 7 pgs.

Appendix III: U.S. Pat. No. 6,182,873 ("Christopher") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 2 pgs.

Appendix J: U.S. Pat. No. 4,469,259 ("Krich") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 8 pgs.

Appendix JJ: U.S. Pat. No. 5,114,059 ("Thatcher") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 4 pgs.

Appendix JJJ: U.S. Pat. No. 6,155,579 ("Eyman") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 2 pgs.

Appendix K: "A Blue-Jean Person Pack," by E.A. Byrnes as published on p. 164 of the May/Jun. 1982 issue of The Mother Earth News ("Byrnes") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 21 pgs.

Appendix KK: Weego System Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 20 pgs.

(56) **References Cited**

OTHER PUBLICATIONS

Appendix KKK: U.S. Pat. No. 5,848,741 ("Fair") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 2 pgs.
Appendix L: EP Patent No. 0437365 ("Gunderman") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 14 pgs.
Appendix LL: U.S. Pat. No. 6,257,468 ("Yamazoe") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 4 pgs.
Appendix LLL: Consumer Reports Guide to Baby Products by Sandy Jones, published in 2001 ("Guide to Baby Products") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 8 pgs.
Appendix M: Kwik Sew Pattern No. 1046 ("Kwik Sew") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 18 pgs.
Appendix MM: Baby Matey Literature as Cited on the Face of U.S. Pat. No. 4,986,458 ("Baby Matey Literature") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 20 pgs.
Appendix MMM: U.S. Pat. No. 3,780,919 ("Hansson") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 2 pgs.
Appendix N: Japanese Pub. No. S53-155443 ("The '443 Patent") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 12 pgs.
Appendix NN: Baby Matey System Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 22 pgs.
Appendix NNN: "Physiological Strain Due to Load Carrying" by Michael Holewijn, published in European Journal of Applied Physiology and Occupational Physiology, Feb. 1990 ("Holewijn") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 11 pgs.
Appendix O: Japanese Patent Pub. No. S54-108131 ("The '131 Patent") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 13 pgs.
Appendix OO: Canadian Patent No. 1332928 ("Pettersen") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 16 pgs.
Appendix OOO: Kelty Kangaroo Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 4 pgs.
Appendix P: U.S. Pat. No. 4,009,808 ("Sharp") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 5 pgs.
Appendix PP: babyTrekker Instruction Manual copyright date stamped 1998 ("1998 babyTrekker Manual") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 16 pgs.
Appendix PPP: Kirkiliones Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 9 pgs.
Appendix Q: UK Patent App. No. GB 2026848 ("David") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 8 pgs.
Appendix. QQ: babyTrekker Instruction Manual ("babyTrekker Manual") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 17 pgs.
Appendix QQQ: "Physiological, Biomechanical and Medical Aspects of Soldier Load Carriage" by Joseph Knapik, presented in Jun. 2000 ("Knapik") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 10 pgs.
Appendix R: DIY Baby Sling System Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 13 pgs.
Appendix RR: babyTrekker System Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 14 pgs.
Appendix RRR: U.S. Pat. No. 4,434,920 ("Moore") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 2 pgs.
Appendix S: Kozy System Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 18 pgs.
Appendix SS: First Journey System Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 18 pgs.
Appendix SSS: "A Static Biomechanical Load Carriage Model" by R.P. Pelot et al., Presented in Jun. 2000 ("Pelot") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 11 pgs.
Appendix T: Packababy System Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 19 pgs.
Appendix TT: French Patent Pub. No. 2794010 ("Ducruet") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 5 pgs.
Appendix TTT: Pony Ride Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 4 pgs.
Appendix U: Sakara System Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 18 pgs.
Appendix UU: U.S. Pat. No. 4,986,458 ("Linday") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 15 pgs.
Appendix UUU: U.S. Pat. No. 5,114,059 ("Thatcher") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 3 pgs.
Appendix V: Sutemi System Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 14 pgs.
Appendix VV: U.S. Pat. No. 4,469,259 ("Krich") Invalidity Chart, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 5 pgs.

(56) **References Cited**

OTHER PUBLICATIONS


Appendix VVV: Weego System Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 18 pgs.

Appendix W: Casses Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 6 pgs.

Appendix WW: "A Blue-Jean Person Pack" by E.A. Byrnes as published on p. 164 of the May/Jun. 1982 issue of The Mother Earth News ("Byrnes") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 17 pgs.

Appendix WWW: U.S. Pat. No. 6,257,468 ("Yamazoe") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 2 pgs.

Appendix X: U.S. Pat. No. 6,182,873 ("Christopher") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 4 pgs.

Appendix XX: EP Patent No. 0437365 ("Gunderman") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 14 pgs.

Appendix Y: U.S. Pat. No. 6,155,579 ("Eyman") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 4 pgs.

Appendix YY: Kwik Sew Pattern No. 1046 ("Kwik Sew") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 16 pgs.

Appendix Z: U.S. Pat. No. 5,848,741 ("Fair") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 4 pgs.

Appendix ZZ: Japanese Patent Publication No. S53-155443 ("The '443 Patent") Invalidity Chart, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 10 pgs.

Tentative Ruling on Claim Construction, U.S. Pat. No. 8,590,757 and U.S. Pat. No. 9,022,260, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Dec. 1, 2016, 11 pgs.

File History for U.S. Trademark Application No. 75/457,187, filed Mar. 25, 1998, 56 pages.

"Kinderpack Wearing Instructions for Infant Size," <<https://mykinderpack.com/pages/instructions>>, Copyright 2017 Kindercarry, 5 pages.

"Kinderpack Wearing Instructions for Toddler Size," <<https://mykinderpack.com/pages/instructions>>, Copyright 2017 Kindercarry, 5 pages.

SSC Instructions, <<http://www.isara.ro/en/content/7-instructiuni-ssc>>, Copyright 2016 ISARA, 12 pages.

Wrapping instructions Baby Carriers, <<http://www.kokadi.de/en/instruction:_:162.html>>, Copyright 2016 ISARA 28 pages.

"The Five Hidden Features of the Yemaya Baby Carrier," <<http://http://blog.cybex-online.com/blog/safety/the-five-hidden-features-of-the-yemaya-baby-carrier/>>, Oct. 13, 2016 ISARA, 7 pages.

Notice of Allowance issued for U.S. Appl. No. 15/170,629, dated Oct. 28, 2016, 3 pages.

Notice of Allowance issued for U.S. Appl. No. 15/170,629, dated Feb. 1, 2017, 5 pages.

Preliminary Invalidity Contentions, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, Jul. 15, 2016, 18 pgs.

BOBA, Inc.'s First Amended Counterclaims for Declaration of Unenforceability, Invalidity, and Monopolization, *The Ergo Baby Carrier, Inc.* v. *BOBA Inc.*, Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, May 23, 2016, 73 pgs.

Joint Motion to Terminate for Inter Partes Review of U.S. Pat. No. 9,022,260 (IPR2016-01870) and U.S. Pat. No. 8,590,757 (IPR2016-01866), 3 pgs.

Office Action Issued for Japanese Patent Application No. 2016-502118, dated Apr. 7, 2017, 9 pages.

Office Action for U.S. Appl. No. 10/937,193, dated Aug. 14, 2007, 9 pgs.

Office Action for U.S. Appl. No. 11/949,324, dated Oct. 6, 2009, 9 pgs.

Office Action for U.S. Appl. No. 11/949,324, dated Apr. 28, 2010, 9 pgs.

International Search Report and Written Opinion for PCT Application No. PCT/US2004/029614, completed on Feb. 11, 2005, dated Mar. 3, 2005, 9 pgs.

International Preliminary Report on Patentability for PCT/US2004/029614, dated Mar. 13, 2006, 7 pgs.

Examination Report for European Application No. 04 783 725.7, dated Sep. 21, 2007, 3 pgs.

Examination Report for European Application No. 04 783 725.7, dated Sep. 9, 2008, 4 pgs.

Examination Report for European Application No. 04 783 725.7, dated Sep. 10, 2009, 3 pgs.

Examination Report for European Application No. 04 783 725.7, dated Dec. 21, 2009, 5 pgs.

Examination Report for European Application No. 04 783 725.7, dated Jun. 1, 2010, 6 pgs.

Office Action for U.S. Appl. No. 11/949,324, dated Oct. 4, 2010, 10 pgs.

Office Action for U.S. Appl. No. 11/949,324, dated Jul. 18, 2011, 14 pgs.

Notice of Opposition filed on Mar. 13, 2012, against European Patent No. EP1765123 B1, 213 pgs.

Declaration of Judy Petterson regarding BabyTrekker with enclosures 1 and 2, dated May 26, 2011, 18 pgs.

International Search Report and Written Opinion for International Application No. PCT/US2014/026378, dated Jul. 21, 2014, 10 pgs.

Office Action for U.S. Appl. No. 14/685,235, dated May 22, 2015, 8 pgs.

International Preliminary Report on Patentability (Ch. I) for International Patent Application No. PCT/US2014/026378, dated Sep. 15, 2015, 6 pgs.

Office Action for U.S. Appl. No. 14/862,933, dated Oct. 30, 2015, 5 pgs.

Office Action for U.S. Appl. No. 14/685,235, dated Nov. 27, 2015, 8 pgs.

International Search Report and Written Opinion for International Patent Application No. PCT/US2016/026626, dated Jun. 30, 2016, 7 pgs.

Notice of Allowance for U.S. Appl. No. 15/170,629, dated Jul. 18, 2016, 2 pgs.

Office Action for U.S. Appl. No. 15/177,114, dated Aug. 24, 2016, 10 pgs.

Petition for Inter Partes Review of U.S. Pat. No. 9,022,260, 94 pgs.

Petition for Inter Partes Review of U.S. Pat. No. 8,590,757, 100 pgs.

Baby Matey Soft Baby Carriers Literature, Kidpower Unlimited Inc., Toronto, ON, CA, 10 pgs.

BabyTrekker Instruction Manual, Petterson Infant Products, Flin Flon, MB, CA, 1998, 16 pgs.

Declaration of Richard N. Hinrichs, Ph.D and Appendix A thereto for Petition for Inter Partes Review of U.S. Pat. No. 9,022,260, 158 pgs.

Declaration of Richard N. Hinrichs, Ph.D and Appendix A thereto for Petition for Inter Partes Review of U.S. Pat. No. 8,590,757, 155 pgs.

Declaration of Shari Hall White and Appendix A thereto, Jun. 29, 2016, 12 pgs.

Declaration of Judy Pettersen and Exhibits thereto, Aug. 14, 2016, 50 pgs.

(56) **References Cited**

OTHER PUBLICATIONS

Nov. 24, 1998 Letter from U.S. ITC regarding U.S. tariff classification of babyTrekker, 2 pgs., retrieved from http://www.faqs.org/rulings/rulings1998NYD83381.html).
Feb. 2002 forum post from "USA", 2 pgs., retrieved from http://windsorpeak.com/vbulletin/showthread.php?185543-baby- bjorn-and-large-husband).
U.S. Trademark Serial No. 75/057,147 Documents, U.S. Patent and Trademark Office, 44 pgs.
Complaint, *The Ergo Baby Carrier, Inc*. v. *BOBA Inc*., Case No. 2:15-cv-08946, In the United States District Court for the Central District of California, filed Nov. 17, 2015, 7 pgs.
Blaffer Hardy, S., Family Planning Primate Style, Mother Nature—A History of Mothers, Infants and Natural Selection, 2000, pp. 197-204.
Jones, Sandy, Back Packs and Soft Carriers, Guide to Baby Products, Consumers Digest, 1998, Ch. 4, pp. 33-40.
Longe, Jaqueline L., Baby Carrier, How Products are Made: An Illustrated Guide to Product Manufacturing, 2001, vol. 6, pp. 22-26.
Pelot, Ron P., et al., "Background Document for an Advanced Personal Load Carriage System for the Canadian Forces", Ergonomics Research Group, Queen's University, Kingston, ON, CA, Mar. 29, 1995, 148 pgs.
Brewer, Gail S., A Quick Guide for Starting Right, Baby Carriers, Right from the Start: Meeting the Challenges of Mothering Your Unborn and Newborn Baby, 1981, pp. 159-160.
Salter, R.B., "Etiology, Pathogenesis and Possible Prevention of Congenital Dislocation of the Hip", The Canadian Medical Association Journal, vol. 98, No. 20, May 18, 1968.
Jones, Sandy, Getting Around, Guide to Baby Products, Consumers Digest, 2001, pp. 41, 55-60, 157-160, 199-201.
Gilligan, Shannon, Best for Baby: A Selective Consumer's Guide to Products and Services from Infancy to Preschool, 1988, pp. 41-46.
O'Donohue, Rosaleen, Baby Rides the Asian Way, The Australian Women's Weekly, Jul. 23, 1969 at p. 9.
Doan, Marlyn, Children's Gear, Starting Small in the Wilderness, The Sierra Club Outdoors Guide for Families, 1979, at pp. 161-167.
Guide to the Ann Moore Innovative Lives Presentation, 1999, Archives Center, National Museum of American History, Smithsonian Institute, Aug. 2010, 12 pgs., retrieved from http://amhistory.si.edu/archives/AC0706.pdf).
Warren, A.J., "The Mom Who Invented the Snugli" , CBS News, Mar. 6, 2001, 4 pgs., retrieved from http://www.cbsnews.com/news/the-mom-who-invented-the- snugli/.
Bach, John, "Practical Inventor Influenced American Culture", University of Cincinnati UC Magazine, Aug. 2010, 6 pgs.
"Eager Market for Baby Carrier" The Gazette, Montreal May 15, 1984: C-19 (accessed at https://news.google.com/newspapers?id=zA0vAAAAIBAJ&sjid=mqUFAAAAIBAJ&pg=1454%2C2468510).
Roseman, E., et al., Baby Carriers, The Canadian Parents' Sourcebook, 1986, at pp. 149-153.
Rafelman, Rachel, The Portable Baby, Baby Gear for the First Year, 1997, pp. 40-41.
Laury, Jean Ray, Baby Carrier, A Treasury of Needlecraft Gifts for the New Baby, 1976, pp. 90-93.
Byrnes, E.A., "A Blue-Jean 'Person Pack': Toting the Tot on the Trail", The Mother Earth News, No. 75, May/Jun. 1982, p. 164.
The Kozy Family, 16 pgs., retrieved from Web Archives of http://www.kozycarrier.homestead.com/.
Packababy, 17 pgs., retrieved from Web Archives of http://www.packababy.com/.
Welcome to Sutemigear, 10 pgs., retrieved from Web Archives of http://sutemigear.com/.
"The Pick of the Extended Trek Packs" Backpacker, Oct. 1997, vol. 23, pp. 58-69.
Jones, Sandy, Back Packs and Soft Carriers, Guide to Baby Products, Consumers Reports, 1991, pp. 9-15.
Baby Trekker—Advantages, 2 pgs., retrieved from https://web.archive.org/web/20000708141511/http://www.babytrekker.com/advantages.htm.
Evenflo Soft Carriers, 2 pgs., retrieved from https://web.archive.org/web/20010331081113/http://www.evenflo.com/ep/furniture/softcarrier.phtml.
Newspaper ad for Napsak Soft Baby Carrier by Evenflow, The Pittsburgh Press (Pittsburgh, Pennsylvania), Thursday, Dec. 12, 1991, p. 57.
Pelot, R.P. et al., "A Static Biomechanical Load Carriage Model", RTO HFM Specialist Meeting on Soldier Mobility Innovation in Load Carriage System Design and Evaluation, Kingston, CA, Jun. 27-29, 2000, 13 pgs.
Knapik, J., "Physiological, Biomechanical and Medical Aspects of Soldier Load Carriage", RTO HFM Specialist Meeting on Soldier Mobility Innovation in Load Carriage System Design and Evaluation, Kingston, CA, Jun. 27-29, 2000, 20 pgs.
Holewijn, M., "Physiological Strain Due to Load Carrying", European Journal of Applied Physiology, 1990, 61:237-245.
Frame Carriers, 1 pg., retrieved from https://web.archive.org/web/20000526184535/http://www.evenflo.com/ep/furniture/framecarrier.phtml.
Aronson, D.D. et al., "Developmental dysplasia of the hip", Pediatrics, Aug. 1994, vol. 94(2), 202, 11 pgs.
Hodgson, A.R., "Congenital Dislocation of the Hip", British Medical Journal, Sep. 7, 1961, p. 647.
Leveau, Barney F., et al., "Developmental biomechanics," Physical Therapy, 64.12, 1984:1878.
The Age, Mar. 5, 1970 at p. 14.
Certified Translation of "What parents should watch out for when buying babywearing carriers" by Kirkiliones, retrieved from http://web.archive.org/web/20010719033113/http://www.continuu m-concept.de/liedkir.htm).
Kirkilionis, E., Das Tragen des Säuglings im Hüftsitz—eine spezielle Anpassung des menschlichen Traglings. Zoologische Jahrbücher, 1992, 96 (3), 395-415.
Kirkilionis, E., Worauf Eltern beim Kauf von Tragehilfen für Säuglinge achten sollten, 1994.
Kirkilionis, E., Die Grundbedürfnisse des Säuglings und deren medizinische Aspekte—dargestellt und charakterisiert am Jungentypus Tragling. notabene medici, 1997, 27 (2), 61-66, 27 (3), 117-121.
Kirkilionis, E., Ein Baby will gatragen sein, 1999, 171 pgs.
"The Beginning" Ergo Baby Blog, 13 pgs., retrieved from https://blog.ergobaby.com/2011/02/the-beginning/).
REI—Kelty Kangaroo Child Carrier, 2 pgs., retrieved from https://web.archive.org/web/19970222133805/http://rei.com/shopping/store3/CAMPING/BABY_CARRIERS/BABY_CARRIERS/b ud/617589.html.
Tough Traveler, Kidsystems, 3 pgs., retrieved from http://web.archive.org/web/20011106132550/http://www.toughtraveler.com/cat7.html.
Mackie, H.W. et al, "The effect of simulated school load carriage configurations on shoulder strap tension forces and shoulder interface pressure", Applied Ergonomics, 36, 2005, pp. 199-206.
Hinrichs, et al., "An Investigation of the Inertial Properties of Backpacks Loaded in Various Configurations", United States Army Natick, Research and Development Laboratories, Natick, MA, 1982, 75 pgs.
Nelson, et al., "Effects of Gender, Load, and Backpack on Easy Standing and Vertical Jump Performance vol. II", United States Army Natick, Research and Development Laboratories, Natick, MA, Mar. 1982, 77 pgs.
Martin, et al., "Effects of Gender, Load, and Backpack on the Temporal and Kinematic Characteristics of Walking Gait vol. III", United States Army Natick, Research and Development Laboratories, Natick, MA, Apr. 1982, 77 pgs.
Martin, et al., "A Mathematical Model of the Inertial Properties of a Carrier-Backpack System vol. IV", United States Army Natick, Research and Development Laboratories, Natick, MA, May 1982, 89 pgs.
Definition of "flexed", Random House Webster's Unabridged Dictionary, Oct. 1999, Second Edition, p. 733.

(56) **References Cited**

OTHER PUBLICATIONS

Rose, Marion, Baby Carriers—Cultural History, Aware Parenting, Dec. 8, 2006, 11 pgs., retrieved from http://awareparenting.blogspot.com/2006/12/baby-carriers-cultural-history.html.
Office Action Issued for U.S. Appl. No. 15/177,114, dated Oct. 3, 2017, 5 pages.
Office Action issued for European Patent Application No. 14773586.4, dated Oct. 12, 2017, 5 pages.
Office Action issued for Chinese Patent Application No. 201480023993.2, dated Sep. 26, 2017, 5 pages.
Office Action issued for U.S. Appl. No. 15/177,114, dated Nov. 3, 2017, 12 pages.
Notice of Allowance issued for U.S. Appl. No. 15/602,744, dated Dec. 8, 2017, 2 pages.
Notice of Allowance for Korean Patent Application No. KR 10-2015-7028949, dated Dec. 13, 2017, 5 pages.
Office Action for U.S. Appl. No. 15/177,114, dated Feb. 21, 2018, 13 pages.
Notice of Allowance for Chinese Patent Application No. CN-201480023993.2, dated Mar. 5, 2018, 4 pages.
Office Action Issued for Korean Patent Application No. 10-2015-7028949, dated Jul. 20, 2017, 20 pages.
Office Action for U.S. Appl. No. 15/916,990, dated May 15, 2018, 5 pgs.
Office Action for U.S. Appl. No. 15/337,813, dated May 22, 2018, 6 pgs.
Office Action for U.S. Appl. No. 15/177,114, dated May 30, 2018, 5 pgs.
International Preliminary Report on Patentability and Written Opinion for PCT/US2016/59534, dated May 1, 2018, 6 pgs.
Office Action for U.S. Appl. No. 15/094,515, dated Jun. 28, 2018, 15 pgs.
Notice of Allowance for U.S. Appl. No. 15/177,114, dated Aug. 14, 2018, 4 pgs.
Notice of Allowance for U.S. Appl. No. 15/916,990, dated Aug. 15, 2018, 5 pgs.
European Search Report for European Patent Application No. 16777348.0, dated Oct. 4, 2018, 10 pgs.
Notice of Allowance for U.S. Appl. No. 15/916,990, dated Nov. 9, 2018, 2 pgs.
International Preliminary Report on Patentability (IPRP) for International Patent Application No. PCT/US2017/058820, dated May 9, 2019, 11 pgs.
Office Action for U.S. Appl. No. 16/204,581, dated Jan. 25, 2019, 5 pgs.
International Search Report and Written Opinion for International Patent Application No. PCT/US17/58820, dated Jan. 5, 2018, 12 pgs.
Office Action for U.S. Appl. No. 15/796,422, dated Nov. 26, 2018, 18 pgs.
Office Action for U.S. Appl. No. 15/094,515, dated Feb. 19, 2019, 15 pgs.
Corrected Notice of Allowability for U.S. Appl. No. 15/796,422, dated May 30, 2019, 6 pgs.
Notice of Allowance for U.S. Appl. No. 15/796,422, dated Mar. 27, 2019, 7 pgs.
Office Action for Japanese Patent Application No. 2017-552901 (with English translation), dated Feb. 19, 2019, 9 pgs.
Extended European Search Report for European Patent Application No. 16860977.4, dated Jun. 5, 2019, 7 pgs.

* cited by examiner




FIG. 1


100
195
195
190
190
180
132
123
110
130
174
175
122
142
144
141
141
146
148
140
140
120
170
150
150
116
151
151
119
117
117
126
115
128

FIG. 2A



100
195
195
190
190
180
184
184
182
182
110
130
144
142
141
141
160
160
162
162
140
140
120
170
170
119
115


FIG. 2B




FIG. 3A




FIG. 3B




FIG. 3C




FIG. 4A




FIG. 4C




FIG. 4B


140
140
172
172
160
160
141
141
166
166
120

FIG. 5A


140
140
141
172
172
141
160
160
166
166
120

FIG. 5B



FIG. 6A



FIG. 6B



FIG. 6C




FIG. 7A




FIG. 7B




FIG. 7C




FIG. 9




FIG. 8

# ADJUSTABLE CHILD CARRIER

## RELATED APPLICATIONS

This application claims the benefit of priority under 35 USC § 119(e) to U.S. Provisional Patent Application No. 62/248,745 by Rodney Telford, filed Oct. 30, 2015 and entitled "Baby Carrier," of which the entire contents are incorporated herein by reference.

## TECHNICAL FIELD

The present disclosure relates to child carriers. Even more particularly, the present disclosure relates to a child carrier that is adaptable to ergonomically carry a child as the child grows.

## BACKGROUND

Various child carriers are currently available for transporting a child by a parent or other individual. Child carriers have become popular for carrying infants and toddlers because they afford the wearer freedom of hand and arm movement while carrying a child. In pursuit of child safety, some of these devices have become overly complex involving, among other things, rigid seats and frames which considerably increase the weight of the carrier and cannot accommodate for the growth of the child. These complex carriers are relatively heavy and place an undue strain upon the wearer, particularly in the lumbar region. In addition, because of the size of many of the present day carriers, they can only be worn on the back thus denying the child the comfort and security of a position where a child and its mother may be in a face-to-face relationship.

Soft structured carriers have become increasingly popular because they are lighter, less cumbersome and more comfortable to wear. These carriers incorporate padding, stitching and fabrics, rather than a rigid frame, to provide the structure. However, some soft-structured carriers hold a child in an upright position with the child's legs hanging down and the base of the child's spine supporting the child's bodyweight. This position may not be optimal for infant and other young children. While an adult spine has four curves, a young child's spine only has two curves. A majority of a young child's spine will form a C-shape (so-called total kyphosis). Positioning a young child, particularly an infant, in an upright position may unduly limit curvature of the spine and puts stress on the infant's sacrum. This can cause the infant's pelvis to tilt backward limiting leg and hip movement, which may impede healthy development of the infant's pelvis.

Moreover, conventional soft structured carriers are usually designed for a very limited age, weight and size of child and make compromises regarding the shape of the carrier to accommodate a range of ages. Even if a carrier supports ergonomic positioning of the child at one age/weight/size, positioning a child in an ergonomic position through the range of ages while utilizing the same carrier poses a problem as different children develop at different rates and the anatomy and physiology of children changes dramatically between infancy and toddlerhood.

A carrier designed for infants or younger babies may not accommodate a child as the child grows into toddlerhood because the seat and back support portions of the carrier will become too small. In an attempt to make carriers more adaptable, some carriers provide additional panels that can be unfolded and added to the seat to widen the seat and/or



back panels that can expand (e.g., by unfolding additional back panel material or attaching new panels) to accommodate the child's growth. However, simply widening the seat or lengthening the carrier does not adequately address proper ergonomics.

On the other hand, a carrier designed for older children may not properly support an infant. One solution to this problem is the use of a specially designed "infant insert." In general, an infant insert is an accessory that incorporates additional padding and structure and makes it possible to carry a small infant in a carrier that would not otherwise properly support the infant. However, not all carriers support the use of infant inserts. Moreover, depending on design, infant inserts may be cumbersome, non-intuitive, and easily lost. In particular, the use of a separate infant insert may require that parents keep track of two separate devices and may significantly increase the difficulty of configuring the carrier for a wearer, the wearing of the carrier, or the ingress and egress of a child to the carrier.

Due to the foregoing issues, parents often opt for changing carriers as the child ages.

## SUMMARY

Embodiments described herein provide a wearable child carrier that can be adapted to a baby's size and provide ergonomic positioning of the child throughout the range of the carrier adjustability.

According to one embodiment, a child carrier includes a waist belt adapted for securing about a wearer's hips and a main body coupled to the waist belt, where the main body adapted to form a child carrying area in cooperation with a wearer's torso. The main body can include a torso support portion configured for supporting at least the torso of a child; and an adjustable bucket seat configurable in a plurality of bucket seat configurations, each of the plurality of bucket seat configurations having a different bucket seat depth and bucket seat width and adapted to support a child in a corresponding size range in a spread squat position. In one embodiment, the plurality of bucket seat configurations comprises a configuration adapted to support an infant in a spread squat position without an infant insert. The plurality of bucket seat configurations may include a configuration adapted to support a toddler in a spread squat position.

The child carrier can include one or more adjustment areas adapted to adjust the bucket seat depth and the bucket seat width. In one embodiment, the child carrier has a minimum wearable height that is dependent on the bucket seat depth.

In accordance with one aspect, the plurality of bucket seat configurations comprises a first configuration adapted to support a child in a first size range in a first spread squat position; and a second configuration adapted to support a child in a second size range in a second spread squat position. The first configuration may have a first bucket seat width and first bucket seat depth and the second configuration may have a second bucket seat width and a second bucket seat depth, wherein the first bucket seat width is less than the second bucket seat width and the first bucket seat depth is greater than the second seat bucket depth.

In one embodiment, the main body further comprises a seat center portion coupled to the waist belt and torso support portion and thigh supports disposed on either side of the seat center portion. The thigh supports can be adapted to pass under and support a child's thighs and cooperate with the seat center portion to form the bucket seat. The carrier can further include a base width adjuster coupled to each

thigh support. The base width adjusters can be configured for selective coupling to the waist belt in multiple locations to adjust a width of the main body at the waist belt. The base width adjusters can also be configured for selective coupling to the waist belt in multiple locations to adjust the bucket seat depth.

The child carrier may include one or more fabric shaping members adapted to control a bulge of the bucket seat. As one example, the fabric shaping members may comprise darts disposed between the thigh supports and the seat center portion, where the darts are adapted to open or close responsive to adjustment of the base width adjusters. The base width adjusters may be configurable in a first setting corresponding to a maximum bucket seat depth and a second setting corresponding to a minimum bucket seat depth, wherein the darts or other fabric shaping members have a first shape corresponding to the first setting and a second shape corresponding to the second setting.

In accordance with one embodiment, the seat center portion comprises laterally outer edges and the thigh supports comprise laterally inner edges. The fabric shaping members may be disposed between the laterally outer edges and the laterally inner edges. The base width adjusters can be adjustable through rotation to rotate the laterally inner edges relative to the laterally outer edges to open or close the fabric shaping members. Furthermore, adjusting the base width adjusters can increase or decrease the bucket depth/shape.

The carrier may further include thigh width adjusters comprising thigh width adapters coupled to the thigh supports where the thigh width adapters can adjust the width of the bucket seat.

The carrier may also include a neck support configurable in an inside folded down position in which the neck support is positioned in the child carrying area to support a child's neck. The neck support may also be configured in an extended position to provide additional carrier length and support for a larger child, or additional neck support and coverage for a sleeping baby. The neck support may also be configurable in an outside folded down position.

According to one embodiment, a method of configuring a child carrier can comprise: for a child to be carried, adjusting a bucket seat of the child carrier to a child's size and positioning the child in a child carrying area of the child carrier such that the child is supported in an ergonomic spread squat position. Adjusting the bucket seat to the child's size can include configuring a depth of the bucket seat by coupling base width adjusters of the child carrier to a waist belt of the child carrier at positions for a base width setting corresponding to the child's size and adjusting thigh width adapters to adjust a width of the bucket seat. Configuring the depth the bucket seat may further comprise rotating the base width adjusters to open or close darts. The method may further include configuring an adjustable neck support to fill a portion of the child carrying area and support a child's neck.

Embodiments described herein provide an advantage over prior carriers because the ergonomic bucket seat gradually adjusts to a growing baby from newborn to toddler, to ensure baby is seated in an ergonomic spread-squat, natural "M shape" position at multiple stages.

As an additional advantage, embodiments described herein can provide an adjustable seat shape that does not require adding to or removing structure from the carrier to change the seat shape. For example, some embodiments can accommodate infants and larger children without requiring an infant insert for an infant.



Embodiments described herein can provide another advantage by allowing for easy adjustment of the carrier seat shape without adding or removing panels from the seat.

Embodiments described herein can provide another advantage by providing a carrier with a wearable length that can be adjusted without requiring complicated mechanisms to extend the overall length of the carrier.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of these and other objects of the invention, reference will be made to the following detailed description of the invention which is to be read in association with the accompanying drawings, wherein:

FIG. **1** is a diagrammatic representation of an adult wearer carrying a child in an adjustable carrier;

FIG. **2**A is a diagrammatic representation of an inside view of one embodiment of an adjustable baby carrier;

FIG. **2**B is a diagrammatic representation of an outside view of one embodiment of adjustable carrier;

FIG. **3**A is a diagrammatic representation of one embodiment of a base width adjuster in a first base width adjuster configuration;

FIG. **3**B is a diagrammatic representation of one embodiment of a base width adjuster in a second base width adjuster configuration;

FIG. **3**C is a diagrammatic representation of one embodiment of a base width adjuster in a third base width adjuster configuration;

FIG. **4**A is a diagrammatic representation of one embodiment of a carrier with thigh width adjusters in a first thigh width adjuster configuration;

FIG. **4**B is a diagrammatic representation of one embodiment of a carrier with thigh width adjusters in a second thigh width adjuster configuration;

FIG. **4**C is a diagrammatic representation of one embodiment of a carrier with thigh width adjusters in a third thigh width adjuster configuration;

FIG. **5**A is a diagrammatic representation of another view one embodiment of a carrier with thigh width adjusters in the first thigh width adjuster configuration;

FIG. **5**B is a diagrammatic representation of another view of one embodiment of a carrier with thigh width adjusters in the third thigh width adjuster configuration;

FIG. **6**A is a diagrammatic representation of one embodiment of a carrier with bucket seat in a first seat configuration;

FIG. **6**B is a diagrammatic representation of one embodiment of a carrier with bucket seat in a second seat configuration;

FIG. **6**C is a diagrammatic representation of one embodiment of a carrier with bucket seat in a third seat configuration;

FIG. **7**A is a diagrammatic representation of one embodiment of a carrier with a neck support in a first neck support configuration;

FIG. **7**B is a diagrammatic representation of one embodiment of a carrier with a neck support in a second neck support configuration;

FIG. **7**C is a diagrammatic representation of one embodiment of a carrier with a neck support in a third neck support configuration;

FIG. **8** is a diagrammatic representation of one embodiment of a wearer wearing a carrier in a back carry position;

FIG. **9** is a diagrammatic representation of one embodiment of a wearer wearing a carrier in a side carry configuration.

## DETAILED DESCRIPTION

Child carriers and related methods and the various features and advantageous details thereof are explained more fully with reference to the nonlimiting embodiments that are illustrated in the accompanying drawings and detailed in the following description. Descriptions of well-known starting materials, processing techniques, components and equipment are omitted so as not to unnecessarily obscure the invention in detail. It should be understood, however, that the detailed description and the specific examples, while indicating preferred embodiments of the invention, are given by way of illustration only and not by way of limitation. Various substitutions, modifications, additions and/or rearrangements within the spirit and/or scope of the underlying inventive concept will become apparent to those skilled in the art from this disclosure.

The present disclosure relates to child carriers that allow a child, including an infant, to be carried in a manner that supports the child and maintains the child's pelvis and thighs in a preferred ergonomic position through a range of ages. In particular, embodiments described herein provide carriers that support the child's bottom, pelvis and thighs in a desired position. Embodiments described herein also allow a child to be carried on the front or back or to the side of the person carrying the child. The carrier can be worn by a user in front of, in back of or to the side of the wearer with the child's weight carried near the wearer's center of gravity and close to the wearer's front, back or side in a front, back or side position, respectively.

The adjustable child carrier can be configured to accommodate children of a wide range of sizes in a front, rear or side carrying position while supporting the child's hips, pelvis, bottom and both upper thighs when the child is being carried in various orientations. For example, embodiments of a child carrier as disclosed herein may provide an adjustable child carrier usable with a newborn children (infant) (e.g., around 7 pounds) and additionally with children all the way to up to around 45 pounds or more.

In accordance with one aspect of the present disclosure, a carrier includes a bucket seat for a child and one or more adjustment areas that when adjusted serve to adjust a depth of the seat bucket and a height of the child carrier. When adjusted to a newborn setting, the carrier is configured such that the depth of the seat bucket may be at a maximum. Conversely, when adjusted to its maximum, or largest size, setting (e.g., a setting for the largest child the carrier is designed to accommodate) the depth of the seat bucket may be at a minimum. When the depth of the bucket seat is at a maximum the thighs may be supported such that the angle of the thighs of the child relative to the coronal plane may be greatest and when the depth of the bucket seat is at a minimum the thighs may be supported such that the angle of the thighs of the child relative to the coronal plane may be the smallest. Similarly, then, the bucket seat is at a maximum, the carrier may be configured such that the carrier maintains a child carried therein with relatively more curve in their spine than when the bucket seat is at a minimum depth.

A child carrier may include one or more adjustment points that work alone or in cooperation to adjust the shape of the bucket seat area provided by the child carrier. These adjustment points may include base width adjusters adapted to adjust the width of the main panel of the baby carrier at a point where the main panel is coupled to the waistband of the carrier. The adjustment of the width of the base of the main panel may serve to provide maximum shape for the bucket area and thus maximum depth of the bucket seat area when adjusted to the narrowest setting for newborn babies and the minimal depth of the bucket seat area for the largest children when adjusted to the widest setting.

Another adjustment point provided by embodiments may be thigh width adjusters. These thigh width adjusters are configured to adjust the width of the main panel of the baby carrier at a point in the main panel configured to accommodate the thighs of a child. The thigh width of the main panel may be smallest at the tightest or smallest setting of the thigh width adjusters for newborn babies and widest at its largest or loosest setting (which may be fully released or not engaged) for the largest children (e.g., that the carrier is designed to accommodate).

These adjustment points may also work in cooperation to adjust the baby carrier. For example, the thigh width adjusters may also serve as more granular adjustment for the bucket area within the range of gross adjustment provided by the base width adjuster.

The carrier of certain embodiments may also be configured to adjust in height. In certain embodiments, the length of the physical carrier from the top edge of the waist belt at the center to the top edge of carrier at the center remains consistent, however, the wearable height changes depending on the setting of the bucket seat size. With the base width at its smallest/narrowest setting the bucket seat is deeper consuming more of the carrier length measurement, thus leaving less measurement for the wearable height while with the base width at is largest/widest setting the bucket seat is shallow consuming less of the carrier length measurement, thus leaving more measurement for the wearable height.

Embodiments of such carriers may also include an adjustable neck support. Such a neck support or collar that may be positioned according to the direction the child is facing, the size of the child, or other criteria. The adjustable neck support may be rotatable relative to the main panel such that the neck support may be extended increasing the center height of the carrier giving additional back or neck support for a child (depending on the size of the child). The neck support may also be folded back away from the wearer to reduce the height of the carrier (e.g., for non-infant children). The neck support may also be folded down into the carrier toward the wearer such that it may reside inside the child carrying area to give an infant or other child additional head or neck support.

Embodiments as disclosed herein may therefore provide an adjustable child carrier configured to accommodate children of a wide range of sizes in a front, rear or side carrying position. Embodiments may thus be sized appropriately to carry an infant without the use of an additional infant insert. Configured according to such a setting, the carrier may be adapted for placement of a child in a child carrying area of the child carrier with the infant's knees raised. In one embodiment, when adjusted to accommodate an infant the carrier is adapted to support the infant in a position with the infant's femur at an angle of 90-120 degrees from the coronal plane. Additionally, the carrier can be adapted to support the infant in a position with the infant's knees at 45-60 degrees from the median plane. In particular embodiments, the carrier can be adapted to promote a spread-squat-position.

The carrier can be ergonomic for the wearer as well. A padded waist belt may provide lumbar support and may

cooperate with shoulder straps (that may attach to the same or opposite sides of the carrier) that can form a configurable harness that can position the carrier in a front, side or back carry position while distributing the weight evenly to the wearer. The carrier may be adjusted such that the child is positioned close to the wearer's center of gravity which distributes the child's weight evenly. In some embodiments, the harness may be adjusted so that a majority of the child's weight is transferred to the wearer's hips.

FIG. **1** is a diagrammatic representation of an adult wearer carrying a child in an adjustable carrier **100**. Adjustable carrier comprises a main body **110** coupled to a waist belt **115**. Main body **110** includes a torso support portion **130** and a bucket seat **125**. The torso support portion **130** is configured for supporting the upper body of the child while in the carrier **100**. The seat **125** is configured for supporting the legs, hips and posterior of the child in an ergonomic position. As discussed in more detail below, embodiments of adjustable carrier **100** can include various adjustments such that carrier **100** can be adjusted as the child grows to support the child in an ergonomic spread squat position appropriate for the weight or size of the child with the child's pelvis, bottom and thighs all being supported. In an ergonomic spread squat position (also known as the "frog leg", "frog", "squat spread" or "M" position) (indicated by line **101**) the flexion at the hip joint is at least 90° and in some cases is 110° to 120° from the coronal plane, and the spreading angle can average at approximately 45-55° from the median plane. As carrier **100** is adjustable, the angle of the hips and spread can depend on the settings of the carrier **100** and developmental stage of the child.

In one embodiment, the carrier can be adapted to support the child in a position with the child's femur approximately 90° to 120° (or other elevated position) from the coronal plane and to position the child's knees with an amount of spreading. The amount of spreading may depend on the developmental stage of the child and orientation with a newborn having less than 30°, then approximately 30°, then approximately 35°-40° and so on so, such that the final spread is approximately 40°-45°, though other amounts of spreading may be achieved including (e.g., for example approximately 55°). In one embodiment, the spreading may be at least 20° degrees from the median plane. The child's weight can be distributed across the child's bottom, thighs and back so that the sacrum does not bear too much weight and the child can rest with a more naturally curved "C" spine in a spread squat position that is believed to be better for pelvic development. It can be noted, however, that the child can be positioned in any comfortable position, preferably emphasizing a supportive posture rather than a posture where the child is primarily sitting on his or her sacrum.

FIG. **2**A is a diagrammatic representation of an inside view of one embodiment of an adjustable baby carrier **100** and FIG. **2**B is a diagrammatic representation of an outside view of one embodiment of adjustable carrier **100** (FIGS. **2**A and **2**B are referred to collectively herein as FIG. **2**). Carrier **100** comprises a main body **110** coupled to a waist belt **115**. Main body **110** includes an upper torso support portion **130**, a seat portion **120** and thigh support areas **140**. Carrier **100** may also include shoulder straps **190** and a chest strap **195**. A child can be supported in a child carrying area created by the main body **110** in cooperation with the wearer's torso. Torso support portion **130** is configured to support upper body of the child while in the carrier while seat portion **120** cooperates with adjustable thigh support areas **140** to form an adjustable bucket seat **125** (FIG. **1**) adapted to ergonomically position the child's legs and hips. Waist belt **115** and



shoulder straps **190** provide a harness that distributes the child's weight to the wearer. Chest strap **195** can be used to secure left and right shoulder straps together.

Bucket seat portion **120** and thigh support areas **140** are adapted to pass from the outer side of the child carrying area (the side away from the wearer's torso) to inner side to form supportive and adjustable bucket seat **125**. Inner end portions of thigh support areas **140** can be selectively coupled to waist belt **115** by base width adjusters **150** that are configurable for adjusting the width and depth of the bucket seat **125**. Thigh width adjusters **160** can also be provided to provide additional width adjustment. Thus, the bucket seat **120** can be adjusted to accommodate a range of ages/sizes/weights.

The supportive and adjustable bucket seat **125** can have a generally concave (e.g., "C" shape) inner profile from the inward side to the outward side and from right to left. Seat side edges **142**, **144** (formed by the edges of thigh support areas **140**) can be higher than the center of the seat and can be spaced such that the side edges pass under and around the child's thighs at a distance from the child's hips such that the child's legs (e.g., above the knee) do not dangle down. In some embodiments, thigh support areas **140** may provide additional support. In particular, in certain embodiments the thigh support areas **140** may include gathers, elastic material or another type of biasing material.

Bucket seat portion **120** comprises a seat center portion **122** that is coupled to waist belt **115** or other portion of carrier **100** at one end and to upper torso support portion **130** at the other end. Seat center portion **122** may be formed from a single piece of material, or may be formed from multiple pieces of material, multiple layers of materials, or multiple materials. The junction between upper torso support portion **130** and seat center portion **122** may be a substantially seamless transition. For example, in one embodiment, a center panel **123** may form seat center portion **122** and an upper torso center panel such that seat center portion **122** and the upper torso center panel comprise a unitary construction of one or more layers of material. In other embodiments, the junction may include seams, edges or other features delineating between upper torso support portion **130** and seat center portion **122**.

Thigh support areas **140** are disposed to the left and right of seat center portion **122**. Thigh support areas **140** may be selectively coupled to waist belt **115** by base width adjusters **150** such that thigh support areas **140** pass under and around the child's thighs at a distance from the child's hips where the portion of the thigh support areas **140** that pass under and around the child's thighs is higher than the child's bottom so that the child's knees are lifted. The thigh support areas **140** can have sufficient stiffness such that the child's thighs may be encouraged to spread by the thigh support areas **140** or wearer's torso. In one embodiment, thigh support areas **140** provide areas of thigh padding **141** to support the child's thighs.

Base width adjusters **150** may be coupled to respective thigh support areas **140**. In one embodiment, base width adjusters **150** may comprise flaps or tabs coupled to thigh support areas **140**. In the illustrated embodiment, base width adjusters **150** are coupled to a respective thigh support areas **140** by virtue of being part of the same thigh support straps. However, other configurations may also be used. In any event, base width adjusters **150** can be selectively coupled to waist belt **115** to couple thigh support areas **140** of main body **110** to waist belt **115**.

Base width adjusters **150** can be used to adjust the width of the base of main body **110** where it connects to waist belt

**115**. A fastening mechanism **151** of base width adjusters **150**, such as a hook and loop material, buttons, snaps, zipper, etc., can cooperate with a corresponding fastening mechanism **117** on waist belt **115** to couple thigh support areas **140** to waist belt **115**. The fastening mechanisms **117**, **151** are configured such that the base width adjusters **150** may be coupled to the waist belt **115** in multiple positions or throughout a range of positions.

The width of bucket seat **125** proximate to waist belt **115** can be adjusted by changing the position at which base width adjusters **150** are secured to waist belt **115**. For example, moving the bottom ends of base width adjusters **150** laterally inboard (rotating base width adjusters **150** inward) decreases the width of main body **110** at the point main body **110** meets waist band **115** and may serve to decrease the width of the bucket seat where thigh support areas **140** pass under the child's thighs. Moving the ends of base width adjusters **150** more laterally outboard (rotating base width adjusters **150** laterally outward) increases the width of the main body **110** where it is coupled to the waist belt **115** and may increase the bucket seat width where the thigh support areas **140** pass under the child's thighs.

Base width adjusters **150** can be used to control the depth of the bucket seat **125**. In a minimum (or narrowest) base width setting the base width adjusters **150** may be fastened to the waist belt **115** such that they are maximally proximate one another toward the center axis of the waist belt **115** (given the range or number of positions possible). In this minimum base width setting carrier **100** is configured such that the depth of the seat bucket **125** may be at a maximum. In a maximum (or widest) base width setting, the base width adjusters **150** may be fastened to the waist belt **115** such that they are maximally distal one another away from the center axis of the waist belt **115** (given the range or number of positions possible). In this maximum (or widest) base width setting, carrier **100** is configured such that the depth of the bucket seat **125** may be at a minimum.

Bucket seat portion **120** may include one or more shaping members to facilitate shaping the bucket seat. In one embodiment, bucket seat portion **120** includes gusset portions **170** that span the gap between the respective inner edges **146**, **148** of thigh support areas **140** and the laterally outer edges **126**, **128** of seat center portion **122**. Gusset portions **170** may be fastened to seat center portion **122** at or proximate to laterally outer edges **126**, **128** and to thigh support areas at or proximate to laterally inner edges **146**, **148** to form a first dart having a dart apex **174** generally pointing toward the bottom of the bucket seat **125** and dart legs defined by the connections at or proximate to edges **126**, **146** and a second dart having a dart apex **175** and dart legs defined by the connections at or proximate to edges **128**,**148**. The dart legs can be closed or opened to gather or release the darts. In particular, by adjusting base width adjusters **150** to decrease the angle between seat center portion **122** and thigh support areas **140**, the dart legs can be closed and darts deepened. Consequently, bucket seat **125** can bulge further and take on a deeper curve. Conversely, adjusting base width adjusters **150** to increase the angle between seat center portion **122** and thigh support areas **140** opens the dart legs and makes the darts formed by gusset portions **170** shallower. Consequently, the bucket seat **125** formed by carrier **100** will be shallower. While, in the above embodiment, the shaping members are darts, other shaping mechanisms can be used to control the fullness of bucket seat **125** including, but not limited to pleats, gathers or tucks.

Referring briefly to FIGS. **3**A, **3**B and **3**C (collectively FIG. **3**), FIG. **3** illustrates the operation of one embodiment of base width adjusters **150**. In FIG. **3**, the base width adjusters **150** can be secured to waist belt **115** to either side of the lateral centerline of main body **110** to adjust the width of carrier **100** at thigh support areas **140**. In the embodiment illustrated, hook and loop material is used to secure the base width adjusters **150** to waist belt **115** on the side of waist belt **115** sandwiched between waist belt **115** and the wearer. This can increase the hold of the hook and loop material when in use because of the pressure against the base width adjusters **150**.

In the embodiment of FIG. **3**, each base width adjuster **150** is secured to waist belt **115** in one of three positions **154**, **156**, **158**. These positions may correspond to particular size ranges of children. In FIG. **3**A, base width adjusters **150** are secured at positions **154** corresponding to a minimum (or narrowest) base width setting. In FIG. **3**B, base width adjusters **150** are secured at positions **156** corresponding to a moderate base width setting. In FIG. **3**C, base width adjusters **150** are secured at positions **158** corresponding to a maximum (or widest) base width setting.

It can be noted that base width adjusters **150** as illustrated essentially rotate from a pivot point as they are adjusted. Thus, not only does the lateral position of the attachment position change, the vertical position does as well (e.g., positions **154**, **156** and **158** for a base width adjuster **150** are both laterally and vertically displaced from each other). The use of a rotational motion like this provides a greater change in bucket depth for a given lateral change. Other embodiments, however, could use a more linear motion (e.g., in which the attachment positions are horizontally aligned). Furthermore, positions **154**, **156** and **158** are provided by way of example. In the embodiment illustrated, base width adjusters **150** can be coupled to fastening mechanism **117** in a continuous range of positions. Other embodiments may provide discrete attachment points.

Referring to FIG. **3**A, base width adjusters **150** are fastened to the waist belt **115** such that they are maximally proximate one another toward the center axis of the waist belt **115** (given the range or number of positions possible). However, because laterally inner edges **146**, **148** of thigh support areas **140** are drawn close to laterally outer edges **126**, **128** (hidden by gusset portion **170**) of seat center support part **122**, gusset portions **170** form deeply curved darts. Put another way, by fastening base width adjusters **150** to waist belt **115** such that they are maximally proximate one another, the laterally outer edges of gusset portions **170** may be drawn toward the laterally inner edges of gusset portions **170**, creating a corresponding greater curve or dart shapes in gusset portions **170**. This serves to shape bucket seat portion **120** to increase the depth of the bucket seat portion.

Referring to FIG. **3**C, the base width adjusters **150** are secured at positions **158** corresponding to a maximum (or widest) base width setting. In this configuration, the laterally inner edges **146**, **148** are rotated away from the respective laterally outer edges **126**, **148** of FIG. **3**C. In other words, the dart legs are opened to release the darts and create less shape (curve) at the end of the gusset portions **170**. By fastening base width adjusters **150** to waist belt **115** such that they are maximally distal one another (again, given the range of possible setting for coupling base width adjusters **150** to waist belt **115**), tension may be maintained on outer edges of gusset portions **170** such that gusset portions **170** remain relatively flat. As such, bucket seat portion **120** may be maintained in a relatively flat or less shaped configuration, serving to minimize the depth of the bucket seat **125**.

Base width adjusters **150** primarily adjust the width of the seat proximate to waist belt **115**. However, moving away

from waist belt **115**, the seat (edges **142**, **144**) may flare out. With reference to FIG. **2**, thigh width adjusters **160** may be provided to adjust the width of the seat away from waist belt **115**. In particular, thigh width adjusters **160** may be adapted to adjust the width of the bucket seat where edges **142**, **144** of thigh supports **140** pass under the child's thighs. Thigh width adjusters **160** can be used to pull in thigh support areas **140** so that thigh support areas **140** do not extend past the child's knee and thus prevent thigh support areas **140** from straightening the child's legs or overspreading the child's legs.

In certain embodiments, thigh width adjusters **160** may be coupled to respective thigh support areas **140** and are configured to adjust the width of the carrier at the level of thigh support areas **140**. In accordance with one embodiment, each thigh width adjuster **160** may be a piece of material(s) (webbing or other material) that is coupled at a first end **162** to the respective thigh support area **140** proximate to support portions **141** and includes a second end that can be selectively coupled to main body **110** (e.g., to seat center portion **122** or elsewhere). The thigh width adjusters **160** can act as a drawstring system, one on each side, to adjust the width of carrier **100** at thigh level by pulling the thigh support areas **140** laterally inward and thereby further adjusting the width of carrier **100** at the child's thighs.

Referring briefly to FIGS. **4**A, **4**B and **4**C (collectively FIG. **4**) and FIGS. **5**A and **5**B (collectively FIG. **5**), the operation of one embodiment of thigh width adjusters **160** is illustrated. Thigh width adjusters **160** can be selectively coupled to bucket seat portion **120** to pull thigh support areas **140** laterally inward a desired amount. FIG. **4**, for example, illustrates the thigh width adjuster **160** secured in three positions corresponding to a narrowest (tightest) setting (FIG. **4**A, FIG. **5**A), a moderate setting (FIG. **4**B) and a widest (loosest) setting (FIG. **4**C, FIG. **5**B).

In the embodiment illustrated, each thigh width adjuster **160** includes a strip of material that is fastened at first end **162** to the outside of a respective thigh support area **140** proximate to the thigh padding **141** (e.g., near the respective outer edge **142**, **144**). The thigh width adjuster **160** runs laterally inboard through a fabric tunnel **172** to a distal portion **164** that includes a plurality of spaced thigh width adjuster fasteners **166** (e.g., snaps, buttons, hook and loop, etc.) that can be selectively fastened to a corresponding fastener on bucket seat portion **120** of main body **110**.

In FIG. **4**A, the thigh width adjuster fastener **166** that is closest to the respective thigh support area **140** is fastened to the corresponding fastener on the bucket seat portion **120**. This position corresponds to a narrowest thigh width adjuster setting and, as illustrated in FIG. **5**A, thigh support area **140** is gathered inward to decrease the width of carrier **100** at the child's thighs. Conversely, fastening the fastener **166** that is farthest from the respective thigh support area **140** to bucket seat portion **120**, as shown in FIG. **4**C, may achieve the widest setting of the thigh width adjusters **160**. When the thigh width adjusters **160** are in the widest setting position of FIG. **4**C, the outer edges of the thigh support areas **140** can spread out as illustrated in FIG. **5**B, thus widening carrier **100** at the child's thighs.

As can be understood from the foregoing, the base width adjusters **150** and the thigh width adjusters **160** may work in cooperation to adjust the carrier **100**. In accordance with one embodiment, base width adjusters **150** can be used for adjustment of seat depth and provide a gross adjustment of seat width, while thigh width adjusters **160** may serve as granular adjustments for width within the range of gross adjustment provided by the base width adjusters **150**. For example, at a particular setting of the base width adjusters **150** of the carrier **100**, the width of the carrier **100** at thigh support areas **140** may be narrowest with the thigh width adjusters **160** at their smallest or narrowest (tightest) setting and largest with the thigh width adjusters **160** at their widest (loosest) setting.

Carrier **100** may also adjust in height based on other settings of carrier **100**. In particular, adjusting base width adjusters **150** adjusts the wearable back height (length from bottom of bucket seat **125** to top edge **132**). This occurs because the length of the physical carrier material from the top edge **116** of the waist belt **115** at center to the top edge **132** of main body **110** at center remains consistent such that the wearable back height changes depending on the setting of the bucket seat size. A deeper bucket consumes more length of material between edges **116** and **132**, thus leaving less measurement for the wearable height On the other hand, a shallower bucket consumes less length of material between edges **116** and **132**, thus leaving more measurement for the wearable height.

Thus, adjusted to a smallest child mode (e.g., an infant mode) (base width at its smallest/narrowest setting) the bucket seat **125** may be deeper consuming more of the carrier length measurement, thus leaving less measurement for the wearable height (length from bottom of bucket seat **125** to top edge of carrier center panel **123** at center is at its shortest height). Adjusted to a largest child mode (e.g., a toddler mode) (base width at its largest/widest setting) the bucket seat **125** is shallow consuming less of the carrier length measurement, thus leaving more measurement for the wearable height (length from bottom of bucket seat **125** to top edge of carrier center panel **123** at center at its longest height). The carrier thus adjusts to the height of the child based on adjustment to the bucket seat.

Carrier **100** may be adjusted to provide ergonomic support for the child regardless of the size of the child through a supported range. In accordance with one embodiment, carrier **100** can be set for an infant with base width adjusters **150** and thigh width adjusters **160** set at their narrowest settings. In this configuration, the bucket seat will be at its deepest with higher walls at the thigh support areas **140** lifting the child's thighs and knees to a greater angle and into a spread squat position appropriate for that size child. Similarly, carrier **100** can be set for the largest child with the base width adjusters **150** and the thigh width adjusters **160** at their widest settings. In this configuration, the bucket seat may be at its shallowest depth with lower walls at the thigh support areas **140** lifting the child's thighs and knees to a lesser angle and into a spread squat position appropriate for a larger sized child.

Thus, the adjustable bucket seat is configurable in a plurality of configurations having different seat bucket depths and seat bucket widths. The different configurations can be adapted to support a child in a corresponding size range in a spread squat position. For example, in one embodiment, bucket seat can have a first configuration adapted to ergonomically carry a child of 20-24 inches (generally corresponding to an infant of 0-3 months and over 7 pounds) in a spread squat position appropriate for the infant without requiring an infant insert. Furthermore, the carrier can have a second configuration adapted to ergonomically carry a child of 24-28 inches (generally corresponding to an older baby of 3-9 months) in a spread squat position appropriate for that child's size. In addition, the carrier, in this example, can have a third configuration adapted to ergonomically carry a child of 28 inches or

greater (generally corresponding to an older baby or toddler of 9-48 months (up to the carrying capacity of the carrier or the wearer)). The first configuration can correspond to the base width being at the narrowest setting (deepest bucket seat) (an infant mode), the second configuration can correspond to the base width being at a moderate setting and the third configuration can correspond to the base width being at a widest setting (shallowest bucket seat) (a toddler mode). It can be noted that the ranges provided above are provided by way of example and not limitation. Furthermore, the seat may have other configurations.

The user can thus adjust the bucket seat **125** to support the child in an ergonomic spread squat position appropriate for the weight or size of the child with the child's pelvis, bottom and thighs all being supported. The child's weight can be supported so that the child is squatting in the seat rather than sitting with the child's weight primarily on the sacrum. The child can be supported with the knees higher than the bottom, in some cases higher than 90 degrees. The bucket seat **125** can be adjusted to form a sling or pouch that is wider than the child's hips in which the child's bottom is supported. The thigh support areas **140** can be adjusted pass under and around the child's thighs at a distance from the child's hips such that the portions of thigh support areas **140** that pass under and around the child's thighs are higher than the child's bottom to lift the child's knees. The thigh support areas **140** can have sufficient stiffness to encourage the child's thighs to spread by the thigh support straps or wearer's torso.

FIGS. **6**A, **6**B and **6**C (collectively FIG. **6**) are diagrammatic representations of one embodiment of carrier **100** adjusted to accommodate various sized children. FIG. **6**A corresponds to the minimum base width setting of FIG. **3**A, FIG. **6**B corresponds to a moderate base width setting of FIG. **3**B and FIG. **6**C corresponds to the maximum base width setting of FIG. **3**C. Through adjustment of base width adjusters **150** and thigh width adjusters **160**, the width of bucket seat **125** and the depth of bucket seat **125** (indicated by depth **202**) can be configured. Furthermore, because the length of material of carrier **100** available to support the back depends on the depth of bucket seat **125**, adjusting base width adjusters **150** also adjusts the minimum wearable height **204** of carrier **100**. As illustrated in FIG. **6**, the wearable height **204** of carrier **100** increases with decreasing bucket depth.

With all settings set for a small baby, the seat center portion **122**, gusset portions **170** and thigh support areas **140** cooperate to form a deep bucket seat **125** as illustrated in FIG. **6**A. The deep bucket seat **125** with higher walls at the thigh (under the knee) tends to lift the child's knees (indicated by line **210**) to the appropriate spread squat position and promotes rounding of the back into a c-shape (indicated by line **212**). Moreover, a deeper bucket seat **125** shortens the wearable height **204**. Thus, the configuration of FIG. **6**A may be suitable for infants. As the child grows, the child's spine should naturally straighten and the child will require less knee support. Base width adjusters **150** and thigh width adjusters can be adjusted to widen bucket seat **125** and provide additional back support length to support the child's lengthening spine. As shown in FIG. **6**B and FIG. **6**C, for example, carrier **100** the bucket seat **125** may be adjusted to provide less knee lift, but enough to maintain an appropriate spread squat position (e.g., for an older baby in FIG. **6**B and for a toddler in FIG. **6**C) and allow the child to rest with a straighter back.

Returning to FIG. **2**, carrier **100** may also include an adjustable neck support **180**. Adjustable neck support **180** may be extended to increase the center height of carrier **100**, giving additional back or neck support for a child (depending on the size of the child). The neck support **180** may also be folded back away from the wearer to reduce the height of the carrier (e.g., for non-infant children). The neck support **180** may also be folded down toward the wearer such that it may reside inside the child carrying area to give an infant or other child additional head or neck support. The size, shape and position of neck support **180** can be selected so that neck support **180** will fit behind and support the average infant's neck when neck support **180** is folded into the carrier.

Complementary extended position securing mechanisms and complementary non-extended position securing mechanisms such as, but not limited to, buttons, snaps, d-rings and clips or hooks, patches of hook and loop material or other securing mechanism, can be provided so that adjustable neck support **180** can be secured in an extended position or folded back and secured in a non-extended position.

FIGS. **7**A, **7**B and **7**C illustrate one embodiment of adjustable neck support **180** in an inside folded down configuration, an extended configuration and an outside folded down configuration respectively. In the inside folded down position of FIG. **7**A, adjustable neck support **180** can be adapted to partially fill the inside of the carrying area of carrier **100** to give infants with insufficient head control more head and neck support (see also FIG. **6**A). Adjustable neck support **180** can also be configured in the outside folded down configuration of FIG. **7**B to provide additional volume in the carrier as the child grows (see also FIGS. **6**B and **6**C). Neck support **180** can be configured in the extended mode (flipped up) as illustrated in FIG. **7**C to increase the center back length, giving additional back support for toddlers or head and neck support for non-infant babies. Neck support **180** may be positioned according to the size of the child, or other criteria.

According to one embodiment, adjustable neck support **180** may be joined to main body **110** proximate to top edge **132**. The coupling may form a generally horizontal hinge that allows adjustable neck support **180** to flip over edge **132** from the inside folded down configuration to the outside folded down configuration. In the embodiment illustrated, adjustable neck support **180** may be secured in the inside folded down configuration and outside folded down configuration using first set of neck support fasteners **182** and may be secured in the extended configuration using a second set of neck support fasteners **184** located above the first set of neck support fasteners **182**. Preferably, but not necessarily, the neck support fasteners are located on the outside of main body **110**.

With reference again to FIG. **2**, shoulder straps **190** can be configured to form a loop and attach on either side of the lateral centerline of carrier **100**. In other embodiments, shoulder straps may be worn in an "x" configuration. Each shoulder strap **190** may connect to upper torso support portion **130** at one or more locations to pull upper torso support portion **130** toward the wearer. A shoulder strap may also couple to main body **110** of carrier **100** above thigh support areas **140** or other portion of carrier **100** on the same side, or an opposite side, of the centerline where the shoulder strap **190** is coupled to the upper torso support portion **130**. Shoulder straps **190** may be adjustable and, in some cases, can be re-configured to support multiple carrier positions, such as a front carry, side carry position (hip carry) or back carry position.

Waist belt **115** may have a lumbar support portion **119** and be configured to rest on the wearer's hips. Preferably, the harness is configured so that the child's weight is evenly

distributed to the wearer's hips and shoulders and even more preferably such that the child's weight is distributed evenly to the wearer's hips and shoulders and in some cases primarily to the wearer's hips rather than shoulders. In some cases, 70 percent or more of the child's weight can be distributed to the wearer's hips through waist belt **115**, thereby promoting wearer comfort and diminishing wearer fatigue.

In accordance with one aspect of the present disclosure, carrier **100** can be a soft structured carrier that incorporates padding, stitching and fabrics to provide structure. Main body **110**, including upper torso support portion **130**, bucket seat portion **120**, thigh supports **140** and thigh width adjusters **150** can be flexible and can be formed primarily of natural or synthetic fibers without a rigid frame. As would be understood by a person of ordinary skill in the art, however, some components, such as buckles, fasteners, etc. of a soft structured carrier may be formed of hard plastics, metals and the like.

Carrier **100** may include one or more panels formed from a single piece of material or multiple pieces of material, multiple layers of materials, or multiple materials. For example, in some embodiments, upper torso support portion **130** may be formed with an inner layer selected for comfort against a child's skin and an outer layer selected for breathability, fashion, stain resistance, etc. Upper torso support portion **130** may have straight edges, tapered edges for an area of increased width or decreased width, or otherwise configured for comfort or security of a child or a user. Similarly, bucket seat portion **120** may include one or more panels formed from a single piece of material, or may be formed from multiple pieces of material, multiple layers of materials, or multiple materials. The junction between upper torso support portion **130** and bucket seat portion **120** may be a substantially seamless transition. In one embodiment, the center of upper torso support portion **130** and center of bucket seat portion **120** may be formed from a unitary center panel **123** (of one or more layers) attached to side panels that form the laterally outer portions of upper torso support portion **130** and thigh support areas **140**. Inner layers may be selected for comfort against a child's skin and outer layers selected for breathability, fashion, stain resistance, etc. In some embodiments, the center portion may be selected for comfort and lateral portions selected for breathability, security, etc.

It can be noted that carrier **100** may support a number of carrying positions. FIG. **1**, for example, is a diagrammatic representation of one embodiment of an adult wearer carrying a child in an inward facing front carry position. FIG. **8** is a diagrammatic representation of one embodiment of an adult wearer carrying a child in carrier **100** in an inward facing back wearing configuration. FIG. **9** is a diagrammatic representation of one embodiment of an adult wearer carrying a child in carrier **100** in a side (hip) wearing configuration.

As used herein, the terms "comprises," "comprising," "includes," "including," "has," "having" or any other variation thereof, are intended to cover a non-exclusive inclusion. For example, a process, article, or apparatus that comprises a list of elements is not necessarily limited to only those elements but may include other elements not expressly listed or inherent to such process, article, or apparatus. Further, unless expressly stated to the contrary, "or" refers to an inclusive or and not to an exclusive or. For example, a condition A or B is satisfied by any one of the following: A is true (or present) and B is false (or not present), A is false (or not present) and B is true (or present), and both A and B are true (or present). As used herein, a term preceded by "a" or "an" (and "the" when antecedent basis is "a" or "an") includes both singular and plural of such term, unless clearly indicated otherwise (i.e., that the reference "a" or "an" clearly indicates only the singular or only the plural). Also, as used in the description herein and throughout the meaning of "in" includes "in" and "on" unless the context clearly dictates otherwise.

Additionally, any examples or illustrations given herein are not to be regarded in any way as restrictions on, limits to, or express definitions of, any term or terms with which they are utilized. Instead, these examples or illustrations are to be regarded as being described with respect to one particular embodiment and as illustrative only. Those of ordinary skill in the art will appreciate that any term or terms with which these examples or illustrations are utilized will encompass other embodiments which may or may not be given therewith or elsewhere in the specification and all such embodiments are intended to be included within the scope of that term or terms. Language designating such nonlimiting examples and illustrations include, but is not limited to: "for example," "for instance," "e.g.," "in one embodiment."

Reference throughout this specification to "one embodiment", "an embodiment", or "a specific embodiment" or similar terminology means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment and may not necessarily be present in all embodiments. Thus, respective appearances of the phrases "in one embodiment", "in an embodiment", or "in a specific embodiment" or similar terminology in various places throughout this specification are not necessarily referring to the same embodiment. Furthermore, the particular features, structures, or characteristics of any particular embodiment may be combined in any suitable manner with one or more other embodiments. It is to be understood that other variations and modifications of the embodiments described and illustrated herein are possible in light of the teachings herein and are to be considered as part of the spirit and scope of the invention.

In the description herein, numerous specific details are provided, such as examples of components and/or methods, to provide a thorough understanding of embodiments of the invention. One skilled in the relevant art will recognize, however, that an embodiment may be able to be practiced without one or more of the specific details, or with other apparatus, systems, assemblies, methods, components, materials, parts, and/or the like. In other instances, well-known structures, components, systems, materials, or operations are not specifically shown or described in detail to avoid obscuring aspects of embodiments of the invention. While the invention may be illustrated by using a particular embodiment, this is not and does not limit the invention to any particular embodiment and a person of ordinary skill in the art will recognize that additional embodiments are readily understandable and are a part of this invention.

It will also be appreciated that one or more of the elements depicted in the drawings/figures can also be implemented in a more separated or integrated manner, or even removed or rendered as inoperable in certain cases, as is useful in accordance with a particular application. Additionally, any signal arrows in the drawings/Figures should be considered only as exemplary, and not limiting, unless otherwise specifically noted.

The representative embodiments, which have been described in detail herein, have been presented by way of example and not by way of limitation. It will be understood by those skilled in the art that various changes may be made

in the form and details of the described embodiments resulting in equivalent embodiments that remain within the scope of the appended claims.

What is claimed is:

**1**. A child carrier comprising:

a waist belt adapted for securing about a wearer's hips;

a main body coupled to the waist belt, the main body adapted to form a child carrying area in cooperation with a wearer's torso, the main body comprising:

a torso support portion configured for supporting at least of the torso of a child; and

an adjustable bucket seat configurable in a plurality of bucket seat configurations, each of the plurality of bucket seat configurations having a different a) bucket seat depth and b) bucket seat width and adapted to support a child in a corresponding size range in a spread squat position, the adjustable bucket seat comprising:

a seat center portion coupled to the waist belt and torso support portion;

thigh supports disposed on either side of the seat center portion the thigh supports adapted to pass under and support a child's thighs and cooperate with the seat center portion to form the bucket seat; and

a base width adjuster coupled to each thigh support, wherein the base width adjusters are configured for selective coupling to the waist belt at multiple locations to adjust a width of the main body at the waist belt.

**2**. The child carrier of claim **1**, wherein the plurality of bucket seat configurations comprises:

a first configuration adapted to support a child in a first size range in a first spread squat position; and

a second configuration adapted to support a child in a second size range in a second spread squat position,

the first configuration having a first bucket seat width and first bucket seat depth and the second configuration having a second bucket seat width and a second bucket seat depth, wherein the first bucket seat width is less than the second bucket seat width and the first bucket seat depth is greater than the second bucket seat depth.

**3**. The child carrier of claim **1**, further comprising one or more adjustment areas adapted to adjust the bucket seat depth and the bucket seat width.

**4**. The child carrier of claim **1**, wherein the child carrier comprises a set of thigh width adjusters, wherein the base width adjusters are adapted to provide gross bucket seat width control and the set of thigh width adjusters are adapted to provide more granular bucket seat width control.

**5**. The child carrier of claim **1**, wherein the child carrier has a minimum wearable height that is dependent on the bucket seat depth.

**6**. The child carrier of claim **1**, wherein the base width adjusters are configured for selective coupling to the waist belt in multiple locations to adjust the bucket seat depth.

**7**. The child carrier of claim **6**, further comprising one or more fabric shaping members adapted to control a bulge of the bucket seat.

**8**. The child carrier of claim **7**, wherein the fabric shaping members comprise darts disposed between the thigh supports and the seat center portion, the darts adapted to open or close responsive to adjustment of the base width adjusters.

**9**. The child carrier of claim **8**, wherein the base width adjusters are configurable in a first setting corresponding to a maximum bucket seat depth and a second setting corresponding to a minimum bucket seat depth, wherein the darts have a first shape corresponding to the first setting and a second shape corresponding to the second setting.

**10**. The child carrier of claim **8**, wherein the seat center portion comprises laterally outer edges and the thigh supports comprise laterally inner edges, wherein the darts are disposed between the laterally outer edges and the laterally inner edges.

**11**. The child carrier of claim **10**, wherein the base width adjusters are adjustable through rotation to rotate the laterally inner edges relative to the laterally outer edges to open or close the darts.

**12**. The child carrier of claim **6**, wherein adjustment of the bucket seat depth adjusts a minimum wearable height of the child carrier.

**13**. The child carrier of claim **6**, further comprising thigh width adapters coupled to the thigh supports, the thigh width adapters configured to adjust the width of the bucket seat.

**14**. The child carrier of claim **1**, further comprising a neck support configurable in an inside folded down position in which the neck support is positioned in the child carrying area to support a child's neck.

**15**. The child carrier of claim **14**, wherein the neck support is further configurable in an extended folded up position and an outside folded down position.

**16**. The child carrier of claim **1**, wherein the plurality of bucket seat configurations comprises a configuration adapted to support an infant in a spread squat position without an infant insert.

**17**. The child carrier of claim **16**, wherein the plurality of bucket seat configurations comprises a configuration adapted to support a toddler in a spread squat position.

**18**. A child carrier comprising:

a waist belt adapted for securing about a wearers hips;

a main body coupled to the waist belt, the main body adapted to form a child carrying area in cooperation with a wearer's torso, the main body comprising:

a torso support portion configured for supporting at least of the torso of a child;

an adjustable bucket seat configurable in a plurality of bucket seat configurations, each of the plurality of bucket seat configurations having a different a) bucket seat depth and b) bucket seat width and adapted to support a child in a corresponding size range in a spread squat position; and

a set of base width adjusters and a set of thigh width adjusters, wherein the set of base width adjusters are adapted to provide gross bucket seat width control and the set of thigh width adjusters are adapted to provide more granular bucket seat width control.

**19**. The child carrier of claim **18**, further comprising thigh supports disposed on either side of a seat center portion, the thigh supports adapted to pass under and support a child's thighs and cooperate with the seat center portion to form the bucket seat; and

wherein each thigh width adjuster in the set of thigh width adjusters comprises a thigh width adjuster strap having first end coupled to a respective thigh support and a second end adapted to selectively couple to the main body at multiple positions to adjust width of the bucket seat at the child's thighs.

**20**. The child carrier of claim **19**, wherein the set of base width adjusters comprises a base width adjuster coupled to each thigh support, the set of base width adjusters adapted to selectively couple to the waist belt to adjust a width of the main body at the waist belt.

* * * * *

# EXHIBIT B

**Amazon Patent Evaluation Express Agreement**

This Amazon Patent Evaluation Express (APEX) Agreement ("Agreement") is between the Patent Owner (or Patent Owner's authorized representative) listed in Exhibit 1 and the Seller or Sellers (or their authorized representative(s)) listed in Exhibit 2 (collectively, "Participants").

Amazon.com, Inc. ("Amazon") has developed the APEX Procedure ("Procedure") for owners of United States utility patents to obtain an evaluation of their patent infringement claims against products offered by third-party sellers on amazon.com ("Evaluation"). By executing this agreement, the Patent Owner represents and warrants that it owns or has the right to enforce the patent identified in Exhibit 1 ("Patent"), and asserts that listings identified by the Amazon Standard Identification Numbers ("ASINs") in Exhibit 1 ("Products") infringe the patent claim identified in Exhibit 1.

By respectively executing Exhibits 1 and 2, Patent Owner and Seller agree as follows:

**1. Following the Evaluation Procedure.** Patent Owner and Seller have reviewed and agree to comply with the Procedure, which is incorporated herein by reference. Patent Owner agrees to accurately complete Exhibit 1, and Seller agrees to accurately complete Exhibit 2. Both Exhibits 1 and 2 are incorporated herein by reference.

**2. Confidentiality; No Discovery.** Participants agree not to disclose to third parties information or documents learned from other Participants, Amazon, or Evaluator in the Evaluation, except to their respective affiliates, legal counsel or as required by law; provided, however, that the fact that an Accused Product and ASIN (identified in Exhibit 1) was either removed or not as a result of an Evaluation, and the identity of the patent claim in that Evaluation, shall not be considered confidential. Participants agree that receipt or disclosure of any information relating to patents in APEX may not be used in court or any agency proceeding to establish notice of patent infringement, knowledge of any patent, or to establish damages. Participants agree not to seek discovery from other Participants, Amazon, or Evaluator relating to the Evaluation in any litigation, arbitration, or agency proceeding.

**3. Waiver of Claims.** Participants acknowledge and agree that neither Amazon nor Evaluator shall be liable for any claims arising out of the Procedure or Evaluation, and Participants hereby waive any claims (including claims that are unknown or are based on activities that have not yet occurred) against Amazon or Evaluator relating to the Procedure or Evaluation; provided that, the foregoing shall not be deemed to waive any rights or claims of a Participant to receive a refund of amounts paid by a Participant that should be returned to a Participant pursuant to the rules of the Procedure. Participants agree that Amazon's liability to any Participant relating to the Evaluation is limited to any payment made by that Participant to the Evaluator. Participants agree not to sue Amazon or its affiliates for infringement of the Patent with respect to the ASINs listed on Exhibit 1 or materially identical products. Nothing in this Agreement shall limit a Participant's ability to sue any Seller or other third party for infringement of the Patent.

**4. Updating Participant's Information.** Contact during the Evaluation will occur through the email addresses listed in Exhibits 1 and 2. It is each Participant's responsibility to ensure that its email address and other information in Exhibits 1 and 2 remain accurate and current.

**5. General Matters.** This Agreement shall be governed by the laws of the state of Washington, USA, and Participants agree to the jurisdiction and venue of the federal and state courts located in King County, Seattle, Washington. Any dispute regarding this Agreement may be submitted to the Evaluator, and if not resolved by the Evaluator may only be resolved by Amazon, in its sole discretion. Participants may not assign their rights or obligations under this Agreement. This Agreement does not create any partnership or any fiduciary relationship between or among the Participants, the Evaluator and Amazon. No third party is intended to be a beneficiary of this Agreement, except that the parties agree and acknowledge that the Evaluator and Amazon are third- party beneficiaries of Sections 2 and 3 of this Agreement. This Agreement and the APEX Procedure are the entire agreement for the Evaluation and supersede any prior agreements related to the Evaluation.

**Exhibit 1: Patent Owner-Supplied Information**

Patent Owner name: The Ergo Baby Carrier, Inc.

Patent Owner physical address: The Ergo Baby Carrier, Inc., 19700 S. Vermont Ave., Suite 250, Torrance, CA 90502

Names of any corporate parents, subsidiaries, or other entities related to Patent Owner:
Ergo Baby Intermediate Holding Corporation, which is a wholly owned subsidiary of Ergo Baby Holding Corporation, which is a wholly owned subsidiary of EBP Lifestyle Brands Holdings, Inc. Compass Group Diversified Holdings, LLC owns 10% of more of the stock of Ergo Baby Carrier, Inc.

Name of individual contact for Patent Owner or Patent Owner's authorized representative:
Jennifer Bailey

Is Patent Owner registered in Amazon's Brand Registry? If yes, please identify the brand(s) registered in Brand Registry: Yes, ErgoBaby

Email Address for contact (this email address will be used by the Evaluator and Amazon for communications related to the Evaluation): apexhandling@eriseip.com

United States utility patent number ("Asserted Patent") for Evaluation: 10,426,275

Patent Claim number for Evaluation: 1

Amazon Standard Identification Numbers (ASINs) of Accused Products:

| | | | | |
|---|---|---|---|---|
| B0CDQ2KVJD | B0D97H4W9Q | B0CPYFGFPS | | |
| B0CLGG2PV2 | B0CDQ1ZLJ9 | B0CPYD5C7H | | |
| B0D97KQR1Z | B0CLGCLYYF | B0CDQ1XH6W | | |
| B0CLGCN5ZS | B0CLGC1MTX | | | |

Signature: Jennifer C. Bailey

Name: Jennifer Bailey

Title: Patent Owner's Representative

Date: 9/13/2024

**Exhibit 2: Seller-Supplied Information**

Seller name:

Seller physical address:

Names of any corporate parents, subsidiaries, or other entities related to Seller:

Name of individual contact for Seller or Seller's authorized representative:

Email Address for contact (this email address will be used by the Evaluator and Amazon for communications related to the Evaluation):

Amazon Standard Identification Numbers (ASINs) of Accused Products for which Seller will participate in the Evaluation:

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Signature: ______________________________________

Name: ______________________________________

Title: ______________________________________

Date: ________________

# EXHIBIT C

**发件人:** patent-evaluation@amazon.com <patent-evaluation@amazon.com>

**发送时间:** 2024 年 9 月 20 日 15:37

**收件人:** sichuangtiancheng_us@outlook.com <sichuangtiancheng_us@outlook.com>
**主题:** RE:[CASE 16044206971] Notice: Amazon Patent Evaluation Express Program - Action Required

Hello,

We received a report from a patent owner who believes the items listed at the end of this email infringe their U.S. Patent No. 10,426,275.

If you wish to continue selling the items listed at the end of the email, you have two choices.

First, you can choose to resolve your claim with the patent owner directly within the next three weeks. If we receive a retraction from the patent owner within the next three weeks, we will allow you to continue selling the items listed at the end of this email. The patent owner's contact information is as follows:

The Ergo Baby Carrier, Inc.
APEXhandling@eriseip.com
The Ergo Baby Carrier, Inc., 19700 S. Vermont Ave., Suite 250, Torrance, CA 90502

If the patent owner agrees to retract their complaint, they must send the retraction directly to us at patent-evaluation@amazon.com. Forwarded retractions will not be accepted. Another option is to resolve the claim with the patent owner in a federal district court case. If you are already engaged in a patent lawsuit with the patent owner, or if you file a lawsuit against the patent owner for declaratory judgment of non-infringement of the asserted patent, please provide us with a copy of the relevant complaint within the next three weeks, and you may continue selling the items listed at the end of the email while the lawsuit proceeds.

Second, you can choose to participate in neutral evaluation of the patent owner's claim. Amazon's neutral evaluation procedure is described in the attached document titled "Amazon Patent Evaluation Express Procedure." Please read this document carefully and note that payment of a deposit is required. If you choose to participate in the neutral evaluation, you must agree to the attached Amazon Patent Evaluation Express Agreement, complete Exhibit 2 of the Agreement, "Seller-Supplied Information," and return the completed Agreement to patent-evaluation@amazon.com within three weeks.

Please note that participation in the evaluation process does not guarantee that you will be able to continue to sell the items listed at the end of this email following the evaluation. If the evaluator decides that the items likely infringe, we intend to remove them from Amazon.com. If, however, the evaluator decides the items likely do not infringe, we will not remove your listings from

Amazon.com, and your deposit may be refunded in part or in full.

If you do not either resolve your claim with the patent owner directly, or agree to participate in the neutral evaluation process, we will remove the listings at the end of this email from Amazon.com.

To learn more about this policy, search for “Intellectual Property Violations” in Seller Central Help.

ASIN: B0CPYD5C7H
B0CDQ2KVJD
B0CLGG2PV2
B0CLGCN5ZS
B0CDQ1ZLJ9
B0CLGCLYYF
B0CLGC1MTX
B0CPYFGFPS
B0CDQ1XH6W
Infringement type: Patent
Patent Number: 10,426,275
Case ID: 16044206971

You can learn more about your account health in the Performance section of Seller Central (https://jpn01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fsellercentral.amazon.com%2Fgp%2Fseller-rating%2Fpages%2Fperformance-summary.html&data=05%7C02%7C%7C1728db4fc5024ca655c608dcd98a1903%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638624434827692344%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=Yo761euw52N6ehcPKL6RABYs3fVkd5AI5YFHgZjSNF8%3D&reserved=0).

Neutral Patent Evaluation Team
Amazon.com

--

# EXHIBIT D

**Amazon Patent Evaluation Express Procedure**

To efficiently resolve claims that third-party product listings infringe utility patents, Amazon offers a simple, low-cost procedure called Amazon Patent Evaluation Express (APEX). APEX is voluntary, confidential, and allows owners of U.S. utility patents or their authorized representatives, such as attorneys or exclusive licensees ("Patent Owner") to obtain a fast evaluation of patent infringement claims against products ("Accused Products"), identified by Amazon Standard Identification Number, listed by third-party sellers ("Sellers") on amazon.com ("Evaluation"). In APEX, a neutral evaluator reviews a patent infringement claim against third-party product listings on amazon.com. The evaluator will make a yes/no decision about whether the patent covers the product listings. The evaluator may decide that the patent does not cover the product listings because: they do not infringe (i.e., include all elements of the asserted claim); a court has found the patent invalid or unenforceable; or the accused products (or physically identical products) were on sale more than one year before the earliest effective filing date of the patent. Amazon will comply with the evaluator's decision pending any litigation or settlement between the patent owner and Sellers, or other legal proceedings that may impact the patent. If there is litigation pending on a patent subject to a proposed or pending Evaluation, Amazon may decide not to initiate or suspend an Evaluation until the completion of that litigation.

If an evaluator concludes that an Accused Product is covered by a patent, Amazon will remove that Accused Product from www.amazon.com. The cost of the Evaluation is $4,000 and covers the Evaluator's expenses; Amazon will not retain any portion of the cost. The cost will be paid by the participant(s) losing the Evaluation in the event an Evaluation actually occurs.

**1. Starting an Evaluation.** To request an Evaluation, a Patent Owner submits an APEX Agreement ("Agreement") to Amazon, with all information requested in its Exhibit 1. Amazon then sends that Agreement to each Seller listing Accused Products and gives each the option of: (i) executing and returning the Agreement within three weeks, with all information requested in its Exhibit 2; or (ii) having their listings on Accused Products removed from www.amazon.com. If a Seller does not participate in the Evaluation or does not comply with the Agreement, Amazon intends to remove its listings of Accused Products. After receiving a completed Agreement from one or more Sellers, Amazon will use the information in Exhibits 1 and 2 of the Agreement to select a neutral individual from a list of attorneys experienced in U.S. patent disputes ("Evaluator"). It is critical that each of Exhibits 1 and 2 be filled out completely, including with the full corporate names of each Participant, as well as all of their related companies, so that Amazon can select a neutral evaluator.

**2. Payment and Schedule.** Once an Evaluator is selected, Amazon will contact the Patent Owner and each Seller with instructions to wire $4,000 to the Evaluator. When wiring the $4,000, a party should identify in the wire transmittal the evaluation number and the name of the Participant in the evaluation for which the payment is being made. Each Participant should also email the Evaluator with the confirmation number for the wire once it has been sent. If the Patent Owner does not submit $4,000 to the Evaluator within one week, no Evaluation will occur and any money submitted by Sellers will be returned. If a Seller does not submit $4,000 within one week, the Evaluator will notify Amazon, who will then remove that Seller's listings of Accused Products. If no Seller submits $4,000, Amazon will remove all Sellers' listings of the Accused Products and the Evaluator will return the Patent Owner's payment.

**3. Submission of Written Arguments**. After the Patent Owner and a Seller have timely submitted $4,000, the Evaluator will set a schedule for submission of written arguments ("Schedule"). In general, the Schedule will provide: (i) the Patent Owner with 14 days for its initial arguments; (ii) Sellers with 14 days to respond; and (iii)

the Patent Owner with 7 days to reply. Modifications to the schedule can be requested for good cause only. The Patent Owner may use a total of 20 double-spaced 8.5 x 11" pages between its two submissions. Each Seller may use 15 double-spaced pages in its response. Claim charts and exhibits are not counted against page limits. Each submission must be in English and emailed to the Evaluator and to the opposing Participants in the same email; physical exhibits cannot be submitted. Failure to timely make a submission by a Participant will generally result in a finding by the Evaluator against that Participant and forfeiture of its payment, except that the Patent Owner may waive reply. In appropriate circumstances, the Evaluator may request that the Participants answer discrete questions that will aid the Evaluator in the Evaluator's determination, and the Evaluator may extend the schedule and briefing limits modestly to enable the Participants to answer such questions.

**4. Evaluation is a Limited Procedure.** To make the Evaluation fast, efficient, and relatively low-cost, it is limited to one claim from one unexpired U.S. utility patent. Design, non-U.S., and expired patents are not eligible. The Patent Owner may include up to 20 ASINs in an Evaluation. If a Patent Owner lists more than 20 ASINs in Exhibit 1 to the Agreement, Amazon may in its sole discretion reduce the Patent Owner's list to 20 ASINs.

Amazon or the Evaluator may exclude ASINs of Accused Products not physically identical for purposes of the Evaluation. When excluding ASINs, the Evaluator will notify Amazon as well as the Patent Owner and implicated Sellers of the excluded ASINs, while also giving the Patent Owner and the implicated Sellers a time deadline and parameters for submitting their respective arguments for and against inclusion of the excluded ASINs. Each of the Patent Owner and Sellers have the option, in their sole discretion, whether or not to submit their respective arguments. The Evaluator will consider submitted arguments, if any, in deciding finally on excluding the ASINs. The Evaluator will communicate to the Participants whether any ASINs have been excluded and if so, which ones.

If Evaluator's exclusion of ASINs results in any of the Sellers having no remaining products in the Evaluation, the Evaluator will return those Sellers' $4000 payments, those Sellers will no longer be Participants in the Evaluation, and the Evaluator will not consider those Sellers' respective responsive arguments, if any.

The Evaluation will address only Accused Products sold solely by third-party sellers on www.amazon.com. The Evaluator will consider whether a Product likely infringes. The process is intended to evaluate the Accused Products in the listings on the date ("Complaint Date") that the Patent Owner executed the Evaluation Agreement. Any manipulation of the Accused Products, or any manipulation of the listings on amazon.com for Accused Products, after the Complaint Date by a participating Seller will be grounds for the Evaluator to find for the Patent Owner and/or for Amazon to remove the listing of that Seller. Any Seller making such a change may lose all (or part, if there is more than one losing Seller) of its $4,000 in accordance with Section 6, below.

Amazon reserves the right to terminate an Evaluation at any time, if Amazon determines that a participant has acted improperly in connection with that Evaluation. Such conduct may include: failure to follow this Procedure; failure to abide by the terms of the Agreement; incorrectly filling out an Agreement; providing false information to Amazon or the Evaluator; or any other action that Amazon determines is fraudulent or a misuse of the Evaluation procedure. In addition to terminating an Evaluation for such conduct, Amazon may take down ASINs, prohibit future sales of products, prohibit future filings of Evaluations, and encourage an Evaluator to enter a decision against that participant.

If more than four Sellers opt in and make the required $4,000 deposit in a single Evaluation case, the Evaluator will give the Patent Owner the option of: (i) limiting the Evaluation so that it applies to no more than four Sellers; or (ii) making one or more additional payments to the Evaluator so that multiple concurrent Evaluations can take

place, each with no more than four Sellers. If the Patent Owner decides to limit the Evaluation to four Sellers and not to proceed in concurrent evaluations against the remaining sellers that opted in and made timely deposits, the Evaluator will return the $4,000 payments to those Sellers who have not been chosen by the Patent Owner to continue in the Evaluation. The Evaluation will then proceed with four sellers. At the completion of the Evaluation, the Patent Owner may institute one or more additional Evaluations against the other Sellers that opted in, which Amazon intends to have proceed with the same Evaluator as the first Evaluation to minimize the chances of inconsistent results. If the Patent Owner decides to conduct Evaluations against more than four Sellers, the Patent Owner must pay to the Evaluator $4,000 for each additional Evaluation that will be conducted. Once those payments have been made, the Evaluations will be conducted generally in parallel, with the Evaluator setting a schedule for each and limiting communications for each Evaluation to the Patent Owner and the Sellers involved in that Evaluation. If the Patent Owner does not make an election within one week of notice from the Evaluator that more than four sellers have opted in of whether to proceed against only four Sellers or to conduct multiple Evaluations, no Evaluation will proceed and the Evaluator will return the payments of all parties.

Only two defenses other than non-infringement based on failure to meet one or more claim limitations will be considered by the Evaluator. First, Sellers can defend on the basis of invalidity and/or unenforceability of the asserted patent claim by providing a finding by a court of competent jurisdiction, or by the U.S. Patent Office or U.S. International Trade Commission ("ITC"), that the asserted patent claim is invalid or unenforceable. Arguments regarding, for example, invalidating prior art will not be accepted; the only way Sellers can show invalidity/unenforceability is by presenting a court, Patent Office, or ITC order finding an asserted patent claim invalid or unenforceable. Second, Sellers may show that the Accused Products (or physically identical products) were on sale one year or more before the asserted patent's earliest effective filing date, only by using credible evidence that the Evaluator can independently observe (such as a date of sale on amazon.com, or on the Wayback Machine). The Evaluator will not accept affidavits, declarations, or mere arguments about the date of a sale; the Seller must come forward with independently verifiable objective evidence that the Evaluator can confirm.

The Evaluator will consider infringement under the doctrine of equivalents only if the Patent Owner argues for infringement under the doctrine in its opening brief. Doctrine of equivalents arguments made for the first time in a reply brief will not be considered by the Evaluator.

No discovery (*e.g.*, depositions, document requests, etc.) will occur in the Evaluation**,** nor will there be a trial or hearing. The Patent Owner and Sellers may not contact the Evaluator, unless by email in response to an inquiry from the Evaluator, while copying the other parties. The Evaluator may consider any information submitted, giving any weight to that information the Evaluator believes appropriate.

**5. Decision.** Within 14 days of the reply date, the Evaluator will announce a decision, choosing between: (i) the Patent Owner is likely to prove that the Accused Product infringes the asserted claim; or (ii) the Patent Owner is not likely to prove that the Accused Product infringes the asserted claim. The Evaluator will not provide reasoning if the Evaluator decides that the Patent Owner is likely to prove that the Accused Product infringes the asserted claim, although the Evaluator may provide a brief explanation of how certain claim terms were construed where appropriate. If the Evaluator decides that Patent Owner is not likely to prove that the Accused Product infringes, the Evaluator shall provide a brief explanation of why the Patent Owner is unlikely to prove infringement. The Participants will not contact or question the Evaluator regarding his or her decision. There is no process for

reconsideration of the Evaluator's decision, though either side may appeal to Amazon by providing a court order that conflicts with the Evaluator's decision concerning invalidity or infringement.

**6. Disposition of Payments Following Evaluation.** If the Evaluator decides the Patent Owner is likely to prove that all Accused Products infringe, the Evaluator will return the Patent Owner's $4,000 and retain a total of $4,000 divided evenly among the participating Sellers. If more than one Seller has participated and is found to infringe, the Evaluator will give any amount of money deposited from losing Sellers in excess of $4,000 to an Internal Revenue Code Section 501(c)(3) charitable organization chosen by the Patent Owner. If the Evaluator decides the Patent Owner is not likely to prove that any Accused Product infringes, the Evaluator will return participating Sellers' payments and retain the Patent Owner's $4,000. If the Evaluator decides the Patent Owner is likely to prove that some Accused Products infringe and not likely to prove that other Accused Products infringe, the Evaluator will: (i) retain $2,000 from the Patent Owner's payment and return the remainder; (ii) return in full payments of participating Sellers whose Accused Products were found not to infringe; and (iii) retain $2,000, divided evenly among participating Sellers of Accused Products found to infringe. Any excess funds from Sellers of Accused Products found to infringe shall be given to a 501(c)(3) organization chosen by the Patent Owner. In no case may the Evaluator retain more than $4,000 after making a merits decision in an Evaluation.

If the Patent Owner and a Seller reach a settlement after Seller's listings have been taken down in connection with an Evaluation, and Patent Owner has agreed to reinstatement of the listings, the Participants may contact Amazon at patent-evaluation@amazon.com for information about the reinstatement process

**7. Settlement or Patent Owner Retraction.** If the Patent Owner and a Seller notify the Evaluator they have settled their dispute prior to the date of Patent Owner's reply, the Evaluator will terminate the Evaluation as to that Seller, or terminate the Evaluation entirely if there is only one participating Seller. The Evaluator may retain up to $1,000 to cover the Evaluator's efforts, equally divided from the Participants' payments when settlement results in termination of the entire Evaluation. If the settlement occurs after the Patent Owner's reply but before the Evaluation is completed, the Evaluator may retain up to $2,000, $1,000 from the Patent Owner and a total of $1,000 from the participating Sellers, if the Evaluation is terminated in its entirety. The Evaluator will return the remainder of each Participant's payment to that Participant. If the Patent Owner retracts or withdraws its claims of infringement against one or more Participants such that the retraction or withdrawal of claims by the Patent Owner results in no further claims of infringement to evaluate, the Evaluator will terminate the Evaluation. If the Patent Owner retracts or withdraws its claims of infringement such that the Evaluation is terminated pursuant to the preceding sentence before briefing begins, the Evaluator may retain $500 from the Patent Owner; the Evaluator must return the remainder of the Patent Owner's deposit and all Seller deposits. If the Patent Owner retracts or withdraws its claims of infringement such that no claims remain to be evaluated during briefing, the Evaluator may retain $1,000 from the Patent Owner; the Evaluator must return the remainder of the Patent Owner's deposit and all Seller deposits. If the Patent Owner retracts or withdraws its claims of infringement such that no claims remain to be evaluated after briefing has completed but before the Evaluator has announced a decision, the Evaluator may retain $2,000 from the Patent Owner; the Evaluator must return the remainder of the Patent Owner's deposit and all Seller deposits.

**8. Effect of Evaluation.** If the Evaluator finds the Patent Owner is likely to prove that an Accused Product infringes, Amazon will remove that Accused Product from www.amazon.com as soon as practicable, but generally within 10 business days of Amazon's receipt of the decision. If the Evaluator finds that the Patent Owner is not likely to prove that an Accused Product infringes, Amazon will have no obligation to take any action as a

result of the Evaluation. No other action is contemplated or required as a result of the Evaluation and no damages, attorney's fees or costs may be awarded.

If any Participant obtains a judgment or order in litigation or an arbitration that an Accused Product does not infringe or that the Patent is invalid or unenforceable, that Participant may submit it to Amazon, and Amazon may allow relisting of the Accused Product, in accordance with Amazon's policies and procedures. When a patent expires or is found invalid or unenforceable, Amazon may restore a removed listing. If the Evaluator finds that the Patent Owner is not likely to prove an Accused Product infringes, and the Patent Owner subsequently obtains an order or judgment finding that the Accused Product infringes, the Patent Owner may submit that judgment or order to Amazon, and Amazon will remove the Accused Product, in accordance with Amazon's policies and procedures. Amazon reserves the right to use and disclose the results of an Evaluation in connection with actual or proposed Evaluations, requests for takedown of ASINs, in response to statements of others about an Evaluation, or otherwise in connection with Amazon's business.

If the Patent Owner and a Seller reach a settlement after Seller's listings have been taken down in connection with an Evaluation, and Patent Owner has agreed to reinstatement of the listings, the Participants may contact Amazon at patent-evaluation@amazon.com for information about the reinstatement process.